ORIGINAL

FILED
SEP 3 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ABEN E. JOHNSON and
JOAN G. JOHNSON,

Plaintiffs, Case No. 08-322 T

v. Judge ____________

UNITED STATES OF AMERICA,

Defendant.

---

**COMPLAINT**

---

Plaintiffs Aben E. Johnson and Joan G. Johnson state for their complaint:

1. This is an action arising under the internal revenue laws of the United States for the recovery of income taxes and related interest paid by Plaintiffs for their calendar years 2002, 2003, 2004 and 2005.

2. Jurisdiction is conferred on this Court by 28 U.S.C. §1491 and 26 U.S.C. §7422.

3. Plaintiffs Aben E. Johnson and Joan G. Johnson are husband and wife and were married at all relevant times. Both are and were at all relevant times citizens and residents of the United States and the State of Florida. The Plaintiffs currently reside at 4360 Doubles Alley Drive, Unit 104, Vero Beach, Florida 32967. During the tax years 2002, 2003 and 2004, the Plaintiffs resided at 12000 Banyan Road, North Palm Beach, Florida 33408-2511.

4. The taxpayer identification number of Plaintiff Aben E. Johnson is 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 and the taxpayer identification number of Plaintiff Joan G. Johnson is 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.

5. Plaintiffs have made no transfer or assignment of the claims herein presented or any part thereof and are the sole and absolute owners of such claims. No action on their claims has been taken by the Congress of the United States or by any of the departments of the government, other than the actions by the Treasury Department described herein.

6. No other suit or process is pending on such claims in any other court. However, three directly-related cases, as defined in Rule 40.2(a)(1), R.Ct.Fed.Cl., are pending in the United States Court of Federal Claims entitled *Aben E. Johnson and Joan G. Johnson v. U.S.*, Case No. 01-428 T, *Aben E. Johnson and Joan G. Johnson v. U.S.*, Case No. 03-2803 T and *Aben E. Johnson and Joan G. Johnson v. U.S.*, Case No. 05-1265 T before Judge Nancy B. Firestone (hereinafter referred to as the "directly-related cases"). They are actions between the same parties as this action based on similar claims. In the first directly-related case, Plaintiffs are seeking a refund of income taxes paid on capital gains reported in 1994, which capital gains transactions Plaintiffs subsequently learned had not taken place. In the second directly-related case, Plaintiffs are seeking, in part, a refund for a theft loss in the 1998 tax year or, in the alternative, in the 1997 tax year. In the third directly-related case, Plaintiffs are seeking, in part, a refund for the same theft loss, in the alternative, in the 1999 tax year or, in the alternative, in the 2000 tax year or, in the alternative, in the 2001 tax year. The fraudulent conduct by Jack Hasson which gave rise to those claims is the same conduct which gives rise to the theft loss and expense claims for refund asserted here. The Plaintiffs do not claim they are entitled to an adjustment for the same amounts twice. The Court has ruled on an interlocutory basis in the directly-related cases that the proper year for taking the theft loss deduction at issue here was 2001, though the Court did not allow a deduction for

the entire loss. The Plaintiffs continue to assert that the proper year for taking the theft loss deduction is 1998 or, in the alternative, 1999, 2000 or 2001.

**COUNT ONE**
**Claim for Refund for 2002**
**for Theft Loss Expenses & for Theft Loss**

7. On or before October 14, 2003, Plaintiffs filed a joint tax return for their 2002 taxable year with the Internal Revenue Service Center, Atlanta, Georgia. The name, address and identification numbers of the taxpayers appearing on this return were as follows:

Aben E. Johnson (TIN 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)
Joan G. Johnson (TIN 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)
12000 Banyan Road
North Palm Beach, Florida 33408-2511

8. Plaintiffs timely paid to the Internal Revenue Service Center in Atlanta, Georgia, the tax shown due on their 2002 tax return in the amounts and on or about the following dates:

| Date | Amount | Type |
|---|---|---|
| 4/12/2002 | $ 300,000.00 | Estimated Tax Payment |
| 6/06/2002 | $ 300,000.00 | Estimated Tax Payment |
| 9/09/2002 | $ 300,000.00 | Estimated Tax Payment |

9. On or about November 22, 2005, Plaintiffs paid an additional $220,404.00, plus interest in the amount of $30,739.85, for a total of $251,143.85, in anticipation of a deficiency assessment by the Internal Revenue Service. On or about February 20, 2006, the Internal Revenue Service assessed additional tax in the amount of $220,404.00, together with interest in the amount of $25,259.24, for a total of $245,663.24. Plaintiffs had overpaid the amount due by $5,480.61 and were entitled to a refund in that amount, together with interest in the amount of $79.26, for a total of $5,559.87. Of that $5,559.87, $82.00 was applied to

the 2001 tax year, and $5,477.87 was refunded to the Plaintiffs.

10. On April 18, 2006, the Plaintiffs timely filed a claim for refund on Form 1040X for 2002 with the West Palm Beach office of the Internal Revenue Service for the refund of the deficiency assessment of $220,404.00 referred to in Paragraph 9. A copy of this claim for refund is attached as exhibit 1.

11. On October 2, 2006, the Plaintiffs timely filed a claim for refund on Form 1040X for 2002 with the West Palm Beach office of the Internal Revenue Service for a refund resulting from a theft loss deduction. A copy of this claim for refund is attached as exhibit 2, excluding exhibits which, due to their size, are impractical to attach to the complaint and which are already in the possession of the Defendant. The Plaintiffs concurrently filed a claim for refund on Form 1040X for 1997 with the West Palm Beach office of the Internal Revenue Service for a refund resulting from a net loss carryback resulting from the amendment to Plaintiffs' 2002 return referred to in this Paragraph. A copy of the 1997 claim for refund is included in Exhibit 2.

12. More than six months have elapsed since the filing of the claims, so Plaintiffs are authorized to bring this action under 26 U.S.C. §6532.

13. As grounds for recovery, Plaintiffs incorporate by reference the facts and grounds contained in the claim for refund referred to in paragraph 10. Plaintiffs incurred additional expenses in the amount of $570,996.00 in 2002 related to the theft loss referred to in Paragraph 6. That theft loss forms the basis of the claims for refund in the actions pending in the directly-related cases referred to in Paragraph 6. It is the Plaintiffs' position that the proper year to claim that theft loss was 1998. Judge Firestone has ruled on an

interlocutory basis in the directly-related cases that the proper year for taking the theft loss at issue here was 2001. In either event, Plaintiffs are entitled to a deduction for expenses related to the theft loss incurred in 2002.

14. As a result of the denial of an adjustment to the Plaintiffs' 2002 return as asserted in the claim for refund identified in Paragraph 10, Plaintiffs have overstated their taxable income for 2002 in the amount of $570,996.00 and have thus overpaid their income tax for 2002 in the amount of $220,404.00.

15. As additional and alternative grounds for recovery, Plaintiffs incorporate by reference the facts and grounds contained in the claim for refund referred to in Paragraph 11. Judge Firestone has ruled on an interlocutory basis in the directly-related cases that the proper year for taking the theft loss deduction at issue here was 2001. To place all possible years in which that theft loss deduction could possibly be claimed before the Court in the event it is ultimately determined that 2001 is not the proper year for the deduction, the Plaintiffs filed an additional claim for refund in the alternative for that theft loss for the 2002 calendar tax year. To the extent that some or all of the theft loss deduction is not allowed in 2001 or before, Plaintiffs are entitled to a deduction in 2002 for that part of the theft loss for which it was determined in 2002 that there was not a reasonable prospect of recovering the loss.

16. If it is determined that 2002 is the proper year in which to take the theft loss deduction, Plaintiffs have overstated their taxable income for 2002 in the amount of $2,725,958.00 and have thus overpaid their income tax for 2002 in the amount of $1,022,979.00. In addition, Plaintiffs are entitled for 2002 to a net operating loss carryback

to 1997 in the amount of $67,965,437.00.

17. If it is determined that a year prior to 2002 is the proper year in which to take a deduction for some, but not all, of the theft loss, Plaintiffs are entitled to a deduction in 2002 for that part of the theft loss for which it was determined in 2002 that there was not a reasonable prospect of recovering the loss.

**COUNT TWO**
**Claim for Refund for 2003**
**for Theft Loss Expenses & for Theft Loss**

18. On or before October 14, 2004, Plaintiffs filed a joint tax return for their 2003 taxable year with the Internal Revenue Service Center, Atlanta, Georgia. The names, address and taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 7.

19. Plaintiffs timely paid to the Internal Revenue Service Center in Atlanta, Georgia, the tax shown due on their 2003 tax return in the amounts and on or about the following dates:

| Date | Amount | Type |
|---|---|---|
| 4/15/2003 | $ 97,425.00 | Application of Credit from Prior Year |
| 4/15/2003 | $ 140,000.00 | Estimated Tax Payment |
| 6/13/2003 | $ 230,000.00 | Estimated Tax Payment |
| 9/14/2003 | $ 230,000.00 | Estimated Tax Payment |

20. On or about July 24, 2006, Plaintiffs paid an additional $193,240.02, in anticipation of a deficiency assessment by the Internal Revenue Service. On or about September 4, 2006, the Internal Revenue Service assessed additional tax in the amount of $169,250.00, together with interest in the amount of $21,274.42, for a total of $190,524.42. Plaintiffs had overpaid the amount due by $2,732.91 and were entitled to a refund in that

amount, together with interest in the amount of $17.31, for a total of $2,750.22, which amount was refunded to the Plaintiffs.

21. On November 7, 2006, the Plaintiffs timely filed a claim for refund on Form 1040X for 2003 with the Melbourne, Florida office of the Internal Revenue Service for the refund of the deficiency assessment of $169,250.00 referred to in Paragraph 20. A copy of this claim for refund is attached as exhibit 3.

22. On March 9, 2007, the Plaintiffs timely filed a claim for refund on Form 1040X for 2003 with the West Palm Beach office of the Internal Revenue Service for a refund resulting from a theft loss deduction. A copy of this claim for refund is attached as exhibit 4, excluding exhibits which, due to their size, are impractical to attach to the complaint and which are already in the possession of the Defendant. The Plaintiffs concurrently filed claims for refund on Form 1040X for 2000, 2001, 2002, 2004 and 2005 with the West Palm Beach office of the Internal Revenue Service for a refund resulting from a net loss carryback and carryforward resulting from the amendment to Plaintiffs' 2003 return referred to in this Paragraph. Copies of the 2000, 2001, 2002, 2004 and 2005 claims for refund are included in Exhibit 4.

23. In a letter dated April 19, 2007, the Internal Revenue Service notified the Plaintiffs that it had disallowed Plaintiffs' claims for refund referred to in Paragraphs 21 and 22, and more than six months have elapsed since the filing of the claim, so Plaintiffs are authorized to bring this action under 26 U.S.C. §6532.

24. As grounds for recovery, Plaintiffs incorporate by reference the facts and grounds contained in the claim for refund referred to in paragraph 21. Plaintiffs incurred

additional expenses in the amount of $483,571.75 in 2003 related to the theft loss referred to in Paragraph 6. That theft loss forms the basis of the claims for refund in the actions pending in the directly-related cases referred to in Paragraph 6. It is the Plaintiffs' position that the proper year to claim that theft loss was 1998. Judge Firestone has ruled on an interlocutory basis in the directly-related cases that the proper year for taking the theft loss at issue here was 2001. In either event, Plaintiffs are entitled to a deduction for expenses related to the theft loss incurred in 2003.

25. As a result of the denial of an adjustment to the Plaintiffs' 2003 return as asserted in the claim for refund identified in Paragraph 21, Plaintiffs have overstated their taxable income for 2003 in the amount of $483,572.00 and have thus overpaid their income tax for 2003 in the amount of $169,250.00.

26. As additional and alternative grounds for recovery, Plaintiffs incorporate by reference the facts and grounds contained in the claim for refund referred to in Paragraph 22. Judge Firestone has ruled on an interlocutory basis in the directly-related cases that the proper year for taking the theft loss deduction at issue here was 2001. To place all possible years in which that theft loss deduction could possibly be claimed before the Court in the event it is ultimately determined that 2001 is not the proper year for the deduction, the Plaintiffs filed an additional claim for refund in the alternative for that theft loss for the 2003 calendar tax year. To the extent that some or all of the theft loss deduction is not allowed in 2002 or before, Plaintiffs are entitled to a deduction in 2003 for that part of the theft loss for which it was determined in 2003 that there was not a reasonable prospect of recovering the loss.

27. If it is determined that 2003 is the proper year in which to take the theft loss deduction, Plaintiffs have overstated their taxable income for 2003 in the amount of $2,586,894.00 and have thus overpaid their income tax for 2003 in the amount of $841,580.00. In addition, Plaintiffs are entitled for 2003 to a net operating loss carryback to 2000, 2001 and 2002 and a net operating loss carryforward to 2004 and 2005 and later in the total amount of $68,131,915.00.

28. If it is determined that a year prior to 2003 is the proper year in which to take a deduction for some, but not all, of the theft loss, Plaintiffs are entitled to a deduction in 2003 for that part of the theft loss for which it was determined in 2003 that there was not a reasonable prospect of recovering the loss.

## COUNT THREE
## Claim for Refund for 2004
## for Theft Loss Expenses & for Theft Loss

29. On or before October 13, 2005, Plaintiffs filed a joint tax return for their 2004 taxable year with the Internal Revenue Service Center, Atlanta, Georgia. The names, address and taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 7.

30. Plaintiffs timely paid to the Internal Revenue Service Center in Atlanta, Georgia, the tax shown due on their 2004 tax return in the amounts and on or about the following dates:

| Date | | Amount | Type |
|---|---|---|---|
| 4/15/2004 | $ | 25,095.00 | Application of Credit from Prior Year |
| 4/20/2004 | $ | 80,000.00 | Estimated Tax Payment |
| 6/10/2004 | $ | 170,000.00 | Estimated Tax Payment |
| 8/23/2004 | $ | 170,000.00 | Estimated Tax Payment |
| 1/15/2005 | $ | 100,000.00 | Estimated Tax Payment |
| 2/07/2005 | $ | 123,000.00 | Estimated Tax Payment |
| 4/15/2005 | $ | 100,000.00 | Payment with Application for Extension |

31. On March 29, 2007, the Plaintiffs timely filed a claim for refund on Form 1040X for 2004 with the West Palm Beach office of the Internal Revenue Service for a refund resulting from a theft loss deduction. A copy of this claim for refund is attached as exhibit 5, excluding exhibits which, due to their size, are impractical to attach to the complaint and which are already in the possession of the Defendant. The Plaintiffs concurrently filed claims for refund on Form 1040X for 2001, 2002, 2003 and 2005 with the West Palm Beach office of the Internal Revenue Service for a refund resulting from a net loss carryback and carryforward resulting from the amendment to Plaintiffs' 2004 return referred to in this Paragraph. Copies of the 2001, 2002, 2003 and 2005 claims for refund are included in Exhibit 5.

32. In a letter dated May 9, 2007, the Internal Revenue Service notified the Plaintiffs that it had disallowed Plaintiffs' claims for refund referred to in Paragraph 31, and more than six months have elapsed since the filing of the claim, so Plaintiffs are authorized to bring this action under 26 U.S.C. §6532.

33. As grounds for recovery, Plaintiffs incorporate by reference the facts and grounds contained in the claim for refund referred to in Paragraph 31. It is the Plaintiffs' position that the proper year to claim that theft loss was 1998. Judge Firestone has ruled on

an interlocutory basis in the directly-related cases that the proper year for taking the theft loss at issue here was 2001. To place all possible years in which that theft loss deduction could possibly be claimed before the Court in the event it is ultimately determined that 2001 is not the proper year for the deduction, the Plaintiffs filed a claim for refund, in the alternative, for a deduction for that theft loss in the 2004 calendar tax year. In all events, to the extent that some or all of the theft loss deduction is not allowed in 2003 or before, Plaintiffs are entitled to a deduction in 2004 for that part of the theft loss for which it was determined in 2004 that there was not a reasonable prospect of recovering the loss.

34. If it is determined that 2004 is the proper year in which to take the theft loss deduction, Plaintiffs have overstated their taxable income for 2004 in the amount of $1,840,404.00 and have thus overpaid their income tax for 2004 in the amount of $453,452.00. In addition, Plaintiffs are entitled for 2004 to a net operating loss carryback to 2001, 2002 and 2003, and a net operating loss carryforward to 2005 and later in the total amount of $64,878,404.00.

35. If it is determined that a year prior to 2004 is the proper year in which to take a deduction for some, but not all, of the theft loss, Plaintiffs are entitled to a deduction in 2004 for that part of the theft loss for which it was determined in 2004 that there was not a reasonable prospect of recovering the loss.

## COUNT FOUR
### Claim for Refund for 2005 for Theft Loss Expenses & for Theft Loss

36. On or before October 16, 2006, Plaintiffs filed a joint tax return for their 2005 taxable year with the Internal Revenue Service Center, Atlanta, Georgia. The names and

taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 7. The address shown on the return was as follows:

4360 Doubles Alley Drive
Vero Beach, Florida 32967

37. Plaintiffs timely paid to the Internal Revenue Service Center in Atlanta, Georgia, the tax shown due on their 2005 tax return in the amounts and on or about the following dates:

| Date | Amount | Type |
|---|---|---|
| 4/15/2005 | $ 314,643.00 | Application of Credit from Prior Year |
| 6/07/2005 | $ 100,000.00 | Estimated Tax Payment |
| 8/29/2005 | $ 100,000.00 | Estimated Tax Payment |

38. On May 15, 2007, the Plaintiffs timely filed a claim for refund on Form 1040X for 2005 with the West Palm Beach office of the Internal Revenue Service for a refund resulting from a theft loss deduction. A copy of this claim for refund is attached as exhibit 6, excluding exhibits which, due to their size, are impractical to attach to the complaint and which are already in the possession of the Defendant. The Plaintiffs concurrently filed claims for refund on Form 1040X for 2002, 2003 and 2004 with the West Palm Beach office of the Internal Revenue Service for a refund resulting from a net loss carryback resulting from the amendment to Plaintiffs' 2005 return referred to in this Paragraph. Copies of the 2002, 2003 and 2004 claims for refund are included in Exhibit 6.

39. More than six months have elapsed since the filing of the claim, so Plaintiffs are authorized to bring this action under 26 U.S.C. §6532.

40. As grounds for recovery, Plaintiffs incorporate by reference the facts and grounds contained in the claim for refund referred to in Paragraph 38. It is the Plaintiffs'

position that the proper year to claim that theft loss was 1998. Judge Firestone has ruled on an interlocutory basis in the directly-related cases that the proper year for taking the theft loss at issue here was 2001. To place all possible years in which that theft loss deduction could possibly be claimed before the Court in the event it is ultimately determined that 2001 is not the proper year for the deduction, the Plaintiffs filed a claim for refund, in the alternative, for a deduction for that theft loss in the 2005 calendar tax year. In all events, to the extent that some or all of the theft loss deduction is not allowed in 2004 or before, Plaintiffs are entitled to a deduction in 2005 for that part of the theft loss for which it was determined in 2005 that there was not a reasonable prospect of recovering the loss.

41. If it is determined that 2005 is the proper year in which to take the theft loss deduction, Plaintiffs have overstated their taxable income for 2005 in the amount of $902,485.00 and have thus overpaid their income tax for 2005 in the amount of $186,233.00. In addition, Plaintiffs are entitled for 2005 to a net operating loss carryback to 2002, 2003, and 2004 and carryforwards to later years in the total amount of $45,866,559.00.

42. If it is determined that a year prior to 2005 is the proper year in which to take a deduction for some, but not all, of the theft loss, Plaintiffs are entitled to a deduction in 2005 for that part of the theft loss for which it was determined in 2005 that there was not a reasonable prospect of recovering the loss.

**THEREFORE,** Plaintiffs Aben E. Johnson and Joan G. Johnson demand judgment in their favor and against the Defendant United States of America:

(1) in the amount of $220,404.00 for the taxable year 2002, or such other amount as may be legally refundable, plus interest as provided by law, and

(2) in addition and/or in the alternative, in the amount of $1,022,979.00 for the taxable year 2002, or such other amount as may be legally refundable, plus interest as provided by law, and for a determination that Plaintiffs are entitled to a net operating loss carryback as of the end of 2002 in the amount of $67,965,437.00; and

(3) in the amount of $169,250.00 for the taxable year 2003, or such other amount as may be legally refundable, plus interest as provided by law; and

(4) in addition and/or in the alternative, in the amount of $841,580.00 for the taxable year 2003, or such other amount as may be legally refundable, plus interest as provided by law, and for a determination that Plaintiffs are entitled to a net operating loss carryback and carryforward as of the end of 2003 in the amount of $68,131,915.00; and

(5) in addition and/or in the alternative, in the amount of $453,452.00 for the taxable year 2004, or such other amount as may be legally refundable, plus interest as provided by law, and for a determination that Plaintiffs are entitled to a net operating loss carryback and carryforward as of the end of 2004 in the amount of $64,878,404.00; and

(6) in addition and/or in the alternative, in the amount of $186,233.00 for the taxable year 2005, or such other amount as may be legally refundable, plus interest as provided by law, and for a determination that Plaintiffs are entitled to a net operating loss carryback and carryforward as of the end of 2005 in the amount of $45,866,559.00; and

(7) for Plaintiffs' costs, attorneys' fees and such other and further relief as the Court deems appropriate.

Respectfully submitted,

August 28, 2008

PATRICK K. RODE
Attorney of Record for Plaintiffs
Wilson Rode, PLLC
2250 Butterfield Drive, Suite 220
Troy, Michigan 48084
Telephone: (248) 816-1000
Fax: (248) 816-1001
prode@wilsonrode.com

# EXHIBIT

# 1

# Amended U.S. Individual Income Tax Return

(Rev. November 2002) ▶ See separate instructions. OMB No. 1545-0091

This return is for calendar year ▶ 2002 , or fiscal year ended ▶

Please print or type

| | | | |
|---|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | | Your social security number: 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 |
| If a joint return, spouse's first name and initial: JOAN G. | Last name: JOHNSON | | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 12000 BANYAN ROAD | | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions: NORTH PALM BEACH FL 33408-2511 | | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household * ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the back to explain any changes | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2-6)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 2,743,700 | | 2,743,700 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 17,742 | 570,996 | 588,738 |
| 3 Subtract line 2 from line 1 | 3 | 2,725,958 | -570,996 | 2,154,962 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 2,725,958 | -570,996 | 2,154,962 |
| **Tax Liability** 6 Tax (see pg. 4). Method used in col. C TRS | 6 | 1,022,979 | -220,404 | 802,575 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 1,022,979 | -220,404 | 802,575 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 1,022,979 | -220,404 | 802,575 |
| **Payments** 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 900,000 | | 900,000 |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 220,404 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 1,120,404 |

**Refund or Amount You Owe**

| | Line | Amount |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 97,425 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | 1,022,979 |
| 21 Amount you owe. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 220,404 |
| 23 Amount of line 22 you want **refunded to you** | 23 | 220,404 |
| 24 Amount of line 22 you want **applied to your** estimated tax | 24 | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature Date ▶ Spouse's signature. If a joint return, both must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ Date Check if self-employed ☐ Preparer's SSN or PTIN P00009633

Firm's name (or yours if self-employed), address, and ZIP code ▶ EDWARDS, MELTON, ELLIS, KOSHIW, & CO. EIN 38-233797(

2155 BUTTERFIELD DR. STE 305A Phone no. 248-643-4545

TROY MI 48084-3450

DAA Form 1040X (Rev. 11-200

Form 1040X (Rev. 11-2002) Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25-31.
If claiming **fewer exemptions,** complete lines 25-30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse. Caution. If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here & on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2002 | $3,000 | $103,000 |
| 2001 | 2,900 | 99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ▶ ☐

SEE ATTACHED EXPLANATION.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

Form **1040X** (Rev. 11-200

DAA

Explanation of Changes to Income, Deductions, and Credits

Taxpayers are amending this return to protect their claim of refund regarding tax paid under the attached notice of deficiency.

During the year 1997, the taxpayers discovered they had been the victim of a series of fraudulent transactions in the purchase of various gems, jewelry, and other purchases. The taxpayers' 1997-2002 tax returns were examined by the West Palm Beach, Florida office of the Internal Revenue Service and the findings of the IRS are currently being litigated.

On the original return, the taxpayers deducted a fraud loss $570,996, which represented the additional costs incurred on theft loss of investment property as originally reported on 1998 Form 1040X. The Internal Revenue Service disallowed the deduction and under the attached notice of deficiency assessed tax of $220,404 and interest of $30,739.85. The taxpayer paid the tax and interest, but still believes they are entitled to the deduction.

Therefore, this amended return is being filed to protect the taxpayers' claim of refund in the event the theft loss is determined to be deductible in a prior year and the costs incurred in 2002 should be deducted in 2002.

(Form 1040)

Department of the Treasury Internal Revenue Service (99)

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

2002

Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | 1,296 | | |
| | 2 | Enter amt. from Form 1040, ln. 36 [2] 2,743,700 | | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 205,778 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | 3,896 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 38,637 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 42,533 |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 46,175 | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You must attach Form 8283 if over $500 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 46,175 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ SAFE DEPOSIT BOX | 22 | 410 | | |
| | 23 | Add lines 20 through 22 | 23 | 410 | | |
| | 24 | Enter amt. from Form 1040, ln. 36 [24] 2,743,700 | | | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | 54,874 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other-from list on page A-6. List type and amount ▶ | | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 36, over $137,300 (over $68,650 if married filing separately)? * ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 38. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 17,742 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions. * LIMITED BY AGI Schedule A (Form 1040) 2002

DAA

AS ADJUSTED

(Form 1040) Department of the Treasury Internal Revenue Service (99)

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

2002 Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

| Section | Line | Description | Box | Amount | Line | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | 1,296 | | |
| | 2 | Enter amt. from Form 1040, ln. 36 [2] 2,743,700 | | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 205,778 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-2.) | 5 | State and local income taxes | 5 | 3,896 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 38,637 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 42,533 |
| Interest You Paid (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | |
| Gifts to Charity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 46,175 | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You must attach Form 8283 if over $500 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 46,175 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ SAFE DEPOSIT BOX | 22 | 410 | | |
| | 23 | Add lines 20 through 22 | 23 | 410 | | |
| | 24 | Enter amt. from Form 1040, ln. 36 [24] 2,743,700 | | | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | 54,874 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other-from list on page A-6. List type and amount ▶ FORM 4684, LINE 38B | | | 27 | 570,996 |
| Total Itemized Deductions | 28 | Is Form 1040, line 36, over $137,300 (over $68,650 if married filing separately)? * ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 38. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 588,738 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 2002

DAA

AS AMENDED

ABEN E. & JOAN G. JOHNSON 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

**SECTION B-Business and Income-Producing Property** THEFT LOSS

**Part I Casualty or Theft Gain or Loss** (Use a separate Part I for each casualty or theft.)

19 Description of properties (show type, location, and date acquired for each):

Property A ADDITIONAL COSTS INCURRED ON THEFT LOSS OF
Property B INVESTMENT PROPERTY AS ORIGINALLY REPORTED ON
Property C 1998 FORM 1040X (SEE ATTACHED EXHIBIT 1).
Property D

| | | Properties (Use a separate column for each property lost or damaged from the same casualty or theft.) | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| 20 Cost or adjusted basis of each property | 20 | 570,996 | | | |
| 21 Insurance or other reimbursement (whether or not you filed a claim). See the instructions for line 3 | 21 | | | | |
| **Note:** If line 20 is more than line 21, skip line 22. | | | | | |
| 22 Gain from casualty or theft. If line 21 is more than line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 - 27 for that col. See the instr. for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 22 | | | | |
| 23 Fair market value before casualty or theft | 23 | 570,996 | | | |
| 24 Fair market value after casualty or theft | 24 | 0 | | | |
| 25 Subtract line 24 from line 23 | 25 | 570,996 | | | |
| 26 Enter the smaller of line 20 or line 25 | 26 | 570,996 | | | |
| **Note:** If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | | | | | |
| 27 Subtract line 21 from line 26. If zero or less, enter -0- | 27 | 570,996 | | | |

28 Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 or line 34 (see instructions). 28 570,996

**Part II Summary of Gains and Losses** (from separate Parts I)

| (a) Identify casualty or theft | | (b) Losses from casualties or thefts: (i) Trade, business, rental or royalty property | (b)(ii) Income-producing and employee property | | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|---|---|
| **Casualty or Theft of Property Held One Year or Less** | | | | | |
| 29 | | ( ) | ( ) | | |
| | | ( ) | ( ) | | |
| 30 Totals. Add the amounts on line 29 | 30 | ( ) | ( ) | | |
| 31 Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | | | | 31 | 0 |
| 32 Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, partnerships, and S corporations, see instructions | | | | 32 | |
| **Casualty or Theft of Property Held More Than One Year** | | | | | |
| 33 Casualty or theft gains from Form 4797, line 32 | | | | 33 | |
| 34 THEFT LOSS | | ( ) | ( 570,996) | | |
| | | ( ) | ( ) | | |
| 35 Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | 35 | ( ) | ( 570,996) | | |
| 36 Total gains. Add lines 33 and 34, column (c) | | | | 36 | |
| 37 Add amounts on line 35, columns (b)(i) and (b)(ii) | | | | 37 | -570,996 |
| 38 If the loss on line 37 is more than the gain on line 36: a Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instr. | | | | 38a | 0 |
| b Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, enter on the "Other deductions" line of your tax return. Partnerships (except electing large partnerships) and S corporations, see the note below. Electing large partnerships, enter on Form 1065-B, Part II, line 11 | | | | 38b | -570,996 |
| 39 If the loss on line 37 is less than or equal to the gain on line 36, combine lines 36 & 37 and enter here. Partnerships (except electing large partnerships), see the note below. All others, enter this amount on Form 4797, line 3 | | | | 39 | |

**Note:** Partnerships, enter the amount from line 38a, 38b, or line 39 on Form 1065, Schedule K, line 7. S corporations, enter the amount from line 38a or 38b on Form 1120S, Schedule K, line 6.

DAA Form 4684 (2002)

AS AMENDED

ABEN E. & JOAN G. JOHNSON
S.S.N. 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
2002 FORM 1040

EXHIBIT 1

2002 ADDITIONAL EXPENSES INCURRED RE:THEFT LOSS
(AS ORIGINALLY REPORTED ON A 1998 FORM 1040X)

| DATE | CHECK NUMBER | PAYEE | AMOUNT |
|---|---|---|---|
| 01/11/2002 | 2082 | MEYER, KIRK, SNYDER & | 5,053.36 |
| 01/30/2002 | 2084 | S&B / MICHAELSON & CO. | 220.00 |
| 01/30/2002 | 2086 | S&B / MCSORLEY | 21605.23 |
| 02/02/2002 | 2087 | S&B / VERPLOEGO & LUM | 137.15 |
| 02/07/2002 | 2088 | S&B / VERPLOEGO & LUM | 7,273.64 |
| 02/23/2002 | 2091 | MEYER, KIRK, SNYDER & | 898.17 |
| 02/27/2002 | 2094 | S&B / MCSORLEY | 41,681.92 |
| 03/11/2002 | 2096 | MCKINNEY, BANCROFT | 49,764.73 |
| 03/11/2002 | 2097 | MICHAELSON & CO. | 10,216.53 |
| 03/21/2002 | 2098 | MEYER, KIRK, SNYDER & | 3,357.24 |
| 03/21/2002 | 2099 | S&B / MCSORLEY | 34,660.71 |
| 04/04/2002 | 2102 | S&B / KEVORKIAN & PARTN | 16,109.51 |
| 04/16/2002 | 2106 | MEYER, KIRK, SNYDER & | 644.84 |
| 04/16/2002 | 2108 | S&B / MCSORLEY | 22,889.14 |
| 04/27/2002 | 2109 | S&B / MICHAELSON & CO. | 277.50 |
| 04/27/2002 | 2110 | S&B / VERPLOEGO & LUM | 1,919.34 |
| 05/11/2002 | 2113 | MEYER, KIRK, SNYDER & | 4,079.30 |
| 05/11/2002 | 2114 | EDWARDS, MELTON, ELLIS, KOSHIW & CO, PC | 17,474.00 |
| 05/20/2002 | 2118 | S&B / VERPLOEGO & LUM | 1,885.35 |
| 05/29/2002 | 2122 | S&B / MCSORLEY | 29,268.50 |
| 06/01/2002 | 2125 | S&B / KEVORKIAN & PARTN | 27,641.08 |
| 06/01/2002 | 2127 | S&B / MCSORLEY | 674.42 |
| 06/17/2002 | 2128 | MEYER, KIRK, SNYDER & | 358.00 |
| 06/20/2002 | 2129 | S&B / VERPLOEGO & LUM | 398.78 |
| 06/24/2002 | 2131 | S&B / MCSORLEY | 34,159.94 |
| 07/22/2002 | 2133 | S&B / MCSORLEY | 16,129.80 |
| 08/01/2002 | 2134 | EDWARDS, MELTON, ELLIS, KOSHIW & CO, PC | 22,417.00 |
| 08/14/2002 | 2135 | S&B / KEVORKIAN & PARTN | 21,548.83 |
| 08/17/2002 | 2136 | S&B / MCSORLEY | 22,712.60 |
| 08/19/2002 | 2138 | MEYER, KIRK, SNYDER & | 148.00 |
| 09/13/2002 | 2142 | S&B / MICHAELSON & CO. | 4,450.00 |
| 09/13/2002 | 2143 | MEYER, KIRK, SNYDER & | 306.00 |
| 09/18/2002 | 2146 | S&B / KEVORKIAN & PARTN | 6,276.19 |
| 09/23/2002 | 2148 | S&B / MCSORLEY | 50,735.63 |
| 10/06/2002 | 2150 | S&B / VERPLOEGO & LUM | 753.08 |
| 10/06/2002 | 2151 | S&B / SCHWARTZ, COOPER | 662.26 |
| 10/09/2002 | 2152 | S&B / ROBERT SHALHOUB | 5,482.56 |
| 10/11/2002 | 2155 | S&B / MCSORLEY | 29,459.60 |
| 10/14/2002 | 2153 | MEYER, KIRK, SNYDER & | 162.00 |
| 11/12/2002 | 2157 | EDWARDS, MELTON, ELLIS, KOSHIW & CO, PC | 9,662.00 |

X

| | | | |
|---|---|---|---|
| 11/12/2002 | 2158 | MEYER, KIRK, SNYDER & | 900.00 |
| 11/18/2002 | 2160 | S&B / MICHAELSON & CO. | 3,517.50 |
| 11/18/2002 | 2161 | S&B / MCSORLEY | 27,111.55 |
| 12/04/2002 | 2165 | S&B / VERPLOEGO & LUM | 328.50 |
| 12/14/2002 | 2169 | MEYER, KIRK, SNYDER & | 1,852.00 |
| 12/19/2002 | 2170 | S&B / KEVORKIAN & PARTN | 4,339.39 |
| 12/22/2002 | 2171 | S&B / MCSORLEY | 9,393.13 |
| | | TOTAL | $570,996.00 |

Taxpayers incurred a theft loss of income producing property in the amount of $60,956,621 which they included on a 1998 Form 1040X. They have incurred additional expenses in 2002 regarding this matter which were not included in their original calculation. These expenses incurred in 2002 in the amount of $570,996 (as described above) are deducted on Form 4684 as a theft loss in 2002.

Additionally, $137,055 has been recovered in 2002 against the original estimate of $20,000,000 of reimbursements. This amount has not been included as income in 2002 since taxpayers have not yet exceeded $20,000,000 of recoveries.

The theft loss reported on the 1998 Form 1040X is currently under IRS audit. The audit is being handled by:

Kay Campbell
ID#65-04523
SB/SE Division, Compliance Area 5
1700 Palm Beach Lakes Blvd.
Suite 500
West Palm Beach, FL 33401
561-616-2017

X

Department of the Treasury
Internal Revenue Service
P.O. Box 17167
Ft. Lauderdale, Florida 33318

Date: AUG 0 8 2005

Letter Number: 531 (DO)
Form Number:
1040
Person to Contact:
Susan Wells
Telephone Number:
(954) 423-7510
Employee Identification Number:
65-04445
Taxpayer Identifying Number:
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
Refer Reply to:
4041: MN
Last Day to File a Petition With
the United States Tax Court:

NOV 0 7 2005

Aben E. and Joan G. Johnson
12000 Banyan Road
North Palm Beach, Florida 33408-2511

CERTIFIED MAIL

| Taxable Year Ended | Deficiency |
|---|---|
| December 31, 2001 | $269,267.00 |
| December 31, 2002 | $220,404.00 |

NOTICE OF DEFICIENCY

We have determined that you owe additional tax or other amounts, or both, for the tax year(s) identified above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter (150 days if this letter is addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below.

United States Tax Court, 400 Second Street, NW Washington, DC 20217

Letter 531 (DO) (Rev. 6-2003)
Cat. No. 40222A

(9)

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for each tax year is $50,000 or less. If you intend to file a petition for multiple tax years and the amount in dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you. If you use this simplified procedures, you cannot appeal the Tax Court's decision. You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site at www.ustaxcourt.com.

Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the above address. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

The time you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS won't change the allowable period for filing a petition with the Tax Court.

As required by law, separate notices are sent to husbands and wives. If this letter is addressed to both husband and wife, and both want to petition the Tax Court, both must sign and file the petition or each must file a separate, signed petition. If more than one tax year is shown above, you may file one petition form showing all of the years you are contesting.

You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the top of the front of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

NOTE: If you are a C-corporation, section 6621(c) of the Internal Revenue Code requires that we charge an interest rate two percent higher than the normal rate on large corporate underpayments in excess of $100,000.

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The

Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, *Helpful Contacts for Your "Notice of Deficiency,"* for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely,

Mark W. Everson
Commissioner

By

Scott E. Irick

Scott E. Irick
Technical Services Territory Manager
South Atlantic Area

Enclosures:
Explanation of tax changes
Waiver
Notice 1214

Letter 531 (DO) (Rev. 6-2003)
Cat. No. 40222A

(11)

Name, SSN or EIN, and Address of Taxpayer

Aben E. & Joan G. Johnson
12000 Banyan Road
North Palm Beach, Florida 33408-2511

SSN: 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

Kind of Tax Income

Copy to Authorized Representative
Richard A. Edwards
2155 Butterfield Drive, Suite 305A
Troy, Michigan 48084-3452

Deficiency

| Taxable Year Ended | Deficiency |
| --- | --- |
| December 31, 2001 | $269,267.00 |
| December 31, 2002 | $220,404.00 |

See the attached explanation for the above deficiencies

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

Your Signature ____ date

Spouse's Signature ____ date

Taxpayer's Representative Signature ____ date

Corporate Name ____

Corporate Officers Signature ____ date

Note: If you consent to the assessment of the amounts shown in this waiver, please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary, that you owe additional tax; nor will it extend the time provided by law for either action.

If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

Who Must Sign: If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

If you agree, please sign this waiver (Form 4089) and return it.

(12)

| Return Form #1040<br>Schedule #1 | | Notice of Deficiency<br>Taxable Years Ended<br>December 31, 2001 | December 31, 2002 |
|---|---|---|---|
| 1. Adjustments to Income<br>a. Itemized Deductions | | $688,660.00 | $570,996.00 |
| 2. Total Adjustments | | 688,660.00 | 570,996.00 |
| 3. Taxable Income | | 2,031,879.00 | 2,154,962.00 |
| a. No Return Filed | [ ] | | |
| b. Notice of Deficiency | [ ] | | |
| c. Return as Filed | [ x ] | | |
| 4. Taxable Income as Revised | | 2,720,539.00 | 2,725,958.00 |
| 5. Tax from:<br>Tax Tables<br>Tax Rate Schedules | | 1,035,774.00 | 1,022,979.00 |
| 6. Alternative Tax | | | |
| 7. Corrected Tax Liability | | 1,035,774.00 | 1,022,979.00 |
| 8. Less Credits: | | | |
| 9. Balance | | 1,035,774.00 | 1,022,979.00 |
| 10. Plus:<br>a. Recapture General Business Credit<br>b. Self-Employment Tax<br>c. Earned Income Credit Recapture | | | |
| 11. Total Corrected Tax Liability | | 1,035,774.00 | 1,022,979.00 |
| 12. Total Tax: Shown on Return or Previously Adjusted | | 766,507.00 | 802,575.00 |
| 13. Increase in Tax | | $269,267.00 | $220,404.00 |

(13)

December 31, 2001 and December 31, 2002

1.a. It is determined that the amounts of $754,557.00 and $570,996.00 claimed as Schedule A theft losses for the taxable years ended December 31, 2001 and December 31, 2002, respectively, are not allowed because it not been established that any deductible theft losses were sustained.

Due to the adjustments above, it is determined that you are allowed a deduction for Schedule A itemized deductions in the amounts of $15,466.00 and $17,742.00 for the taxable years ended December 31, 2001 and December 31, 2002, respectively, rather than the amounts of $704,126.00 and $588,738.00,claimed on your returns, respectively. Accordingly, your taxable income is increased in the amounts of $688,660.00 and $570,996.00 for the taxable years ended December 31, 2001 and December 31, 2002, respectively. See Exhibits A and A1.

Calcul

The issue raised in Form 1040X, Amended U.S. Individual Income Tax return, requesting a deduction in the amount of $69,368,842.00 for a theft loss in the taxable year ended December 31, 2001, has been given careful consideration. It has been determined that no deduction is allowable because it has not been established that any deductible loss was sustained during the taxable year.

If a petition to the Tax Court of the United States is filed against the deficiency proposed herein, the issue set forth in your claim for refund should be made part of the petition to be considered by the Tax Court in any redetermination of your tax liability. If a petition is not filed, the claim for refund will be disallowed and official notice will be issued by certified mail, in accordance with section 6532(a)(1) of the Internal Revenue Code.

(14)

Name Of Taxpayer: Aben E. & Joan G. Johnson
Identification Number: 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

Notice of Deficiency Statement
Exhibit A

## 2001 - SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2. 7.50% of Adjusted Gross Income | 205,200.00 | 205,200.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 42,563.00 | 42,553.00 | 0.00 |
| 5. Home Interest Expense | 0.00 | 0.00 | 0.00 |
| 6. Investment Interest | 0.00 | 0.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 0.00 | 0.00 | 0.00 |
| 9. Contributions | 34,775.00 | 34,775.00 | 0.00 |
| 10. Casualty and theft Losses | 754,557.00 | 0.00 | 754,557.00 |
| 11. Miscellaneous deductions subject to AGI limit | 5,053.00 | 5,053.00 | 0.00 |
| 12. 2.00% of Adjusted Gross Income | 54,720.00 | 54,720.00 | |
| 13. Excess Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 14. Other Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Total itemized deductions (Sum of Lines 3, 4, 8, 9,10,13, and 14 less any applicable limitation) | 704,126.00 | 15,466.00 | 688,660.00 |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A. Total of lines 3, 4, 8, 9, 10, 13, and 14 | 77,328.00 |
| B. Total of lines 3, 6, 10, (plus any gambling losses included on line 14) | 0.00 |
| C. Line A less Line B | 77,328.00 |
| D. Multiply the amount on line C by 80% | 61,862.00 |
| E. Adjusted Gross Income from Form 1040 | 2,736,005.00 |
| F. Itemized Deduction Limitation | 132,950.00 |
| G. Line E less Line F | 2,603,055.00 |
| H. Multiply the amount on Line G by 3% | 78,092.00 |
| I. Enter the smaller of Line D or Line H | 61,862.00 |
| J. Total Itemized Deductions (entered on line 15 above) | 15,466.00 |

(5)

Name Of Taxpayer: Aben E. & Joan G. Johnson
Identification Number: 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

Notice of Deficiency Statement
Exhibit A1

2002 - SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 1,296.00 | 1,296.00 | 0.00 |
| 2. 7.50% of Adjusted Gross Income | 205,778.00 | 205,778.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 42,533.00 | 42,533.00 | 0.00 |
| 5. Home Interest Expense | 0.00 | 0.00 | 0.00 |
| 6. Investment Interest | 0.00 | 0.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 0.00 | 0.00 | 0.00 |
| 9. Contributions | 46,175.00 | 46,175.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Miscellaneous deductions subject to AGI limit | 0.00 | 0.00 | 0.00 |
| 12. 2.00% of Adjusted Gross Income | 54,874.00 | 54,874.00 | |
| 13. Excess Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 14. Other Miscellaneous deductions | 570,996.00 | 0.00 | 570,996.00 |
| 15. Total Itemized deductions (Sum of Lines 3, 4, 8, 9, 10, 13, and 14 less any applicable limitation) | 588,738.00 | 17,742.00 | 570,996.00 |

ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A. Total of lines 3, 4, 8, 9, 10, 13, and 14 | 88,708.00 |
| B. Total of lines 3, 6, 10, (plus any gambling losses included on line 14) | 0.00 |
| C. Line A less Line B | 88,708.00 |
| D. Multiply the amount on line C by 80% | 70,966.00 |
| E. Adjusted Gross Income from Form 1040 | 2,743,700.00 |
| F. Itemized Deduction Limitation | 137,300.00 |
| G. Line E less Line F | 2,606,400.00 |
| H. Multiply the amount on Line G by 3% | 78,192.00 |
| I. Enter the smaller of Line D or Line H | 70,966.00 |
| J. Total Itemized Deductions (entered on line 15 above) | 17,742.00 |

14

# EXHIBIT

# 2

Form **1040** Department of the Treasury ‑ Internal Revenue Service
**U.S. Individual Income Tax Return 2002** (99) IRS Use Only- Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2002, or other tax year beginning , 2002, ending , 20 OMB No. 1545-0074

| | | | |
|---|---|---|---|
| **Label** (See instructions on page 21.) Use the IRS label. Otherwise, please print or type. | Your first name and initial: ABEN E. | Last name: JOHNSON | Your social security number: 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 |
| | If a joint return, spouse's first name & initial: JOAN G. | Last name: JOHNSON | Spouse's social security number: 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 |
| | Home address (number and street). If you have a P.O. box, see page 21.: 4360 DOUBLES ALLEY DR UNIT #104 | Apt. no. | **Important!** You must enter your SSN(s) above. |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 21.: VERO BEACH FL 32967 | | |

**Presidential Election Campaign** (See page 21.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? You: [X] Yes [ ] No Spouse: [X] Yes [ ] No

**Filing Status** — Check only one box.
1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See pg. 21.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 21.)

**Exemptions**
6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b [X] Spouse
No. of boxes checked on 6a and 6b: 2
c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qual. child for child tax credit (see pg. 22) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than five dependents, see page 22.
No. of children on 6c who: ● lived with you ● did not live with you due to divorce or separation (see page 22) Dependents on 6c not entered above
d Total number of exemptions claimed — Add numbers on lines above ▶ 2

**Income**
Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.
If you did not get a W-2, see page 23.
Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | |
| 8a | Taxable interest. Attach Schedule B if required | | 2,330,380 |
| b | Tax-exempt interest. Do not include on line 8a | 8b 737,086 | |
| 9 | Ordinary dividends. Attach Schedule B if required | | 400,327 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | | 780 |
| 11 | Alimony received | | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | | -3,000 |
| 14 | Other gains or (losses). Attach Form 4797 | | |
| 15a | IRA distributions 15a | b Taxable amount (see page 25) 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount (see page 25) 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 698 |
| 18 | Farm income or (loss). Attach Schedule F | | |
| 19 | Unemployment compensation | | |
| 20a | Social security benefits 20a 17,076 | b Taxable amount (see page 27) 20b | 14,515 |
| 21 | Other income. List type & amt. (see page 29) | | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | 2,743,700 |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | IRA deduction (see page 29) | 24 | |
| 25 | Student loan interest deduction (see page 31) | 25 | |
| 26 | Tuition and fees deduction (see page 32) | 26 | |
| 27 | Archer MSA deduction. Attach Form 8853 | 27 | |
| 28 | Moving expenses. Attach Form 3903 | 28 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | 29 | |
| 30 | Self-employed health insurance deduction (see page 33) | 30 | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | 31 | |
| 32 | Penalty on early withdrawal of savings | 32 | |
| 33a | Alimony paid b Recipient's SSN ▶ | 33a | |
| 34 | Add lines 23 through 33a | | |
| 35 | Subtract line 34 from line 22. This is your **adjusted gross income** ▶ | | 2,743,700 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 76.** Form 1040 (2002)
DAA

AS AMENDED

(4)

Form 1040 (2002) ABEN E. & JOAN JOHNSON 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 Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 36 | Amount from line 35 (adjusted gross income) | 36 | 2,743,700 |
| | 37a | Check if: [X] You were 65 or older, [ ] Blind; [X] Spouse was 65 or older, [ ] Blind. Add the number of boxes checked above and enter the total here ▶ 37a 2 | | |
| | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ▶ 37b [ ] | | |
| Standard Deduction for- ● People who checked any box on line 37a or 37b or who can be claimed as a dependent, see page 34 ● All others: Single, $4,700; Head of household, $6,900; Married filing jointly or Qualifying widow(er), $7,850; Married filing separately, $3,925 | 38 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 38 | 70,712,137 |
| | 39 | Subtract line 38 from line 36 | 39 | -67,968,437 |
| | 40 | If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet on page 35 | 40 | 0 |
| | 41 | Taxable income. Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | 41 | 0 |
| | 42 | Tax (see page 36). Check if any tax is from: a [ ] Form(s) 8814 b [ ] Form 4972 | 42 | 0 |
| | 43 | Alternative minimum tax (see page 37). Att. Form 6251 | 43 | |
| | 44 | Add lines 42 and 43 ▶ | 44 | |
| | 45 | Foreign tax credit. Attach Form 1116 if required — 45 | | |
| | 46 | Credit for child and dependent care expenses. Attach Form 2441 — 46 | | |
| | 47 | Credit for the elderly or the disabled. Attach Schedule R — 47 | | |
| | 48 | Education credits. Attach Form 8863 — 48 | | |
| | 49 | Retirement savings contributions credit. Attach Form 8880 — 49 | | |
| | 50 | Child tax credit (see page 39) — 50 | | |
| | 51 | Adoption credit. Attach Form 8839 — 51 | | |
| | 52 | Credits from: a [ ] Form 8396 b [ ] Form 8859 — 52 | | |
| | 53 | Other credits. Check applicable box(es): a [ ] Form 3800 b [ ] Form 8801 c [ ] Specify — 53 | | |
| | 54 | Add lines 45 through 53. These are your total credits | 54 | |
| | 55 | Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- ▶ | 55 | 0 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 57 | |
| | 58 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 58 | |
| | 59 | Advance earned income credit payments from Form(s) W-2 | 59 | |
| | 60 | Household employment taxes. Attach Schedule H | 60 | |
| | 61 | Add lines 55 - 60. This is your total tax ▶ | 61 | 0 |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 — 62 | | |
| | 63 | 2002 estimated tax payments & amount applied from 2001 return — 63 — 900,000 | | |
| If you have a qualifying child, attach Schedule EIC | 64 | Earned income credit (EIC) — 64 | | |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see page 56) — 65 | | |
| | 66 | Additional child tax credit. Attach Form 8812 — 66 | | |
| | 67 | Amount paid with request for extension to file (see page 56) — 67 | | |
| | 68 | Oth. pymt. from: a [ ] Form 2439 b [ ] Form 4136 c [ ] Form 8885 — 68 | | |
| | 69 | Add lines 62 through 68. These are your total payments ▶ | 69 | 900,000 |
| **Refund** | 70 | If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you overpaid | 70 | |
| Direct deposit? See page 56 and fill in 71b, 71c, and 71d | 71a | Amount of line 70 you want refunded to you ▶ | 71a | |
| | ▶ b | Routing number ▶ c Type: [ ] Checking [ ] Savings | | |
| | ▶ d | Account number | | |
| | 72 | Amount of ln. 70 you want applied to your 2003 estimated tax ▶ 72 | | |
| **Amount You Owe** | 73 | Amount you owe. Subtract line 69 from line 61. For details on how to pay, see page 57 ▶ | 73 | |
| | 74 | Estimated tax penalty (see page 57) — 74 | | |

**Third Party Designee** Do you want to allow another person to discuss this return with the IRS (see page 58)? [X] Yes. Complete the following. [ ] No
Designee's name ▶ PREPARER Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here** Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
Joint return? See page 21. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | RETIRED | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| | | RETIRED | |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed [ ] | Preparer's SSN or PTIN P00009633 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | EDWARDS, MELTON, ELLIS, KOSHIW, & CO. 2155 BUTTERFIELD DR. STE 305A TROY MI 48084-3450 | EIN 38-2337970 | Phone no. 248-643-4545 |

DAA Form 1040 (2002)

AS AMENDED

(4)

Form 4684 (2002) Attachment Sequence No. 26 PAGE OF 1 Page 2

Name(s) shown on tax return. Do not enter name and identifying number if shown on other side. | Identifying number

ABEN E. & JOAN G. JOHNSON 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

## SECTION B-Business and Income-Producing Property THEFT LOSS

**Part I** Casualty or Theft Gain or Loss (Use a separate Part I for each casualty or theft.)

19 Description of properties (show type, location, and date acquired for each):

Property A THEFT LOSS OF INVESTMENT PROPERTY

Property B (SEE ATTACHED STATEMENT)

Property C

Property D

| | | Properties (Use a separate column for each property lost or damaged from the same casualty or theft.) A | B | C | D |
|---|---|---|---|---|---|
| 20 Cost or adjusted basis of each property | 20 | 91,662,361 * | | | |
| 21 Insurance or other reimbursement (whether or not you filed a claim). See the instructions for line 3 | 21 | 16,000,000 * | | | |
| Note: If line 20 is more than line 21, skip line 22. | | | | | |
| 22 Gain from casualty or theft. If line 21 is more than line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 - 27 for that col. See the instr. for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 22 | | | | |
| 23 Fair market value before casualty or theft | 23 | 91,662,361 * | | | |
| 24 Fair market value after casualty or theft | 24 | 4,967,966 * | | | |
| 25 Subtract line 24 from line 23 | 25 | 86,694,395 * | | | |
| 26 Enter the smaller of line 20 or line 25. Note: If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | 26 | 86,694,395 * | | | |
| 27 Subtract line 21 from line 26. If zero or less, enter -0- | 27 | 70,694,395 * | | | |

28 Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 or line 34 (see instructions). | 28 | 70,694,395 *

**Part II** Summary of Gains and Losses (from separate Parts I)

| (a) Identify casualty or theft | | (b) Losses from casualties or thefts (i) Trade, business, rental or royalty property | (ii) Income-producing and employee property | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|---|
| **Casualty or Theft of Property Held One Year or Less** | | | | |
| 29 | | ( ) | ( ) | |
| | | ( ) | ( ) | |
| 30 Totals. Add the amounts on line 29 | 30 | ( ) | ( ) | |
| 31 Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | | | 31 | 0 |
| 32 Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, partnerships, and S corporations, see instructions | | | 32 | |
| **Casualty or Theft of Property Held More Than One Year** | | | | |
| 33 Casualty or theft gains from Form 4797, line 32 | | | 33 | |
| 34 THEFT LOSS | | ( ) | ( 70,694,395 ) | |
| | | ( ) | ( ) | |
| 35 Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | 35 | ( ) | ( 70,694,395 ) | |
| 36 Total gains. Add lines 33 and 34, column (c) | | | 36 | |
| 37 Add amounts on line 35, columns (b)(i) and (b)(ii) | | | 37 | -70694395 |
| 38 If the loss on line 37 is more than the gain on line 36: a Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instr. | | | 38a | 0 |
| b Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, enter on the "Other deductions" line of your tax return. Partnerships (except electing large partnerships) and S corporations, see the note below. Electing large partnerships, enter on Form 1065-B, Part II, line 11 | | | 38b | -70694395 |
| 39 If the loss on line 37 is less than or equal to the gain on line 36, combine lines 36 & 37 and enter here. Partnerships (except electing large partnerships), see the note below. All others, enter this amount on Form 4797, line 3 | | | 39 | |

Note: Partnerships, enter the amount from line 38a, 38b, or line 39 on Form 1065, Schedule K, line 7. S corporations, enter the amount from line 38a or 38b on Form 1120S, Schedule K, line 6.

DAA AS AMENDED Form 4684 (2002)

• (6)

Form **1040** Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return 2002** (99) IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2002, or other tax year beginning , 2002, ending , 20 — OMB No. 1545-0074

**Label** (See instructions on page 21.) Use the IRS label. Otherwise, please print or type.

| | | |
|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | Your social security number: 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 |
| If a jt. rtn., sp. first name & initial: JOAN G. | Last name: JOHNSON | Spouse's social security number: 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 |
| Home address (number and street). If you have a P.O. box, see page 21.: 12000 BANYAN ROAD | Apt. no. | **Important!** You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 21.: NORTH PALM BEACH FL 33408-2511 | | |

**Presidential Election Campaign** (See page 21.) Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? You: [X] Yes [ ] No Spouse: [X] Yes [ ] No

**Filing Status** Check only one box.

1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here.
4 [ ] Head of household (with qualifying person). (See pg. 21.) If the qualifying person is a child but not your dependent, enter this child's name here.
5 [ ] Qualifying widow(er) with dependent child (year spouse died ). (See page 21.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a — No. of boxes checked on 6a and 6b: 2
b [X] Spouse
c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qual. child for child tax credit (see pg. 22) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than five dependents, see page 22.

No. of children on 6c who: • lived with you ___ • did not live with you due to divorce or separation (see page 22) ___ Dependents on 6c not entered above ___ Add numbers on lines above: 2

d Total number of exemptions claimed

**Income** — Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld. If you did not get a W-2, see page 23. Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Box | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 2,330,380 |
| b | Tax-exempt interest. Do not include on line 8a — 8b: 737,086 | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 400,327 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 | 780 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | 13 | -3,000 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a — b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities 16a — b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 698 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a: 17,076 — b Taxable amount (see page 27) | 20b | 14,515 |
| 21 | Other income. List type & amt. (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income | 22 | 2,743,700 |

**Adjusted Gross Income**

| Line | Description | Box | Amount |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | IRA deduction (see page 29) | 24 | |
| 25 | Student loan interest deduction (see page 31) | 25 | |
| 26 | Tuition and fees deduction (see page 32) | 26 | |
| 27 | Archer MSA deduction. Attach Form 8853 | 27 | |
| 28 | Moving expenses. Attach Form 3903 | 28 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | 29 | |
| 30 | Self-employed health insurance deduction (see page 33) | 30 | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | 31 | |
| 32 | Penalty on early withdrawal of savings | 32 | |
| 33a | Alimony paid b Recipient's SSN | 33a | |
| 34 | Add lines 23 through 33a | 34 | |
| 35 | Subtract line 34 from line 22. This is your adjusted gross income | 35 | 2,743,700 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 76. Form 1040 (2002)
DAA

AS PREVIOUSLY ADJUSTED (1)

Form 1040 (2002) ABEN E. & JOAN JOHNSON 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 Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 36 | Amount from line 35 (adjusted gross income) | 36 | 2,743,700 |
| | 37a | Check if: [X] You were 65 or older, [ ] Blind; [X] Spouse was 65 or older, [ ] Blind. Add the number of boxes checked above and enter the total here ▶ 37a 2 | | |
| | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ▶ 37b [ ] | | |
| Standard Deduction for- • People who checked any box on line 37a or 37b or who can be claimed as a dependent, see page 34 • All others: Single, $4,700; Head of household, $6,900; Married filing jointly or Qualifying widow(er), $7,850; Married filing separately, $3,925 | 38 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 38 | 17,742 |
| | 39 | Subtract line 38 from line 36 | 39 | 2,725,958 |
| | 40 | If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet on page 35 | 40 | 0 |
| | 41 | Taxable income. Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | 41 | 2,725,958 |
| | 42 | Tax (see page 36). Check if any tax is from: a [ ] Form(s) 8814 b [ ] Form 4972 | 42 | 1,022,979 |
| | 43 | Alternative minimum tax (see page 37). Att. Form 6251 | 43 | |
| | 44 | Add lines 42 and 43 ▶ | 44 | 1,022,979 |
| | 45 | Foreign tax credit. Attach Form 1116 if required — 45 | | |
| | 46 | Credit for child and dependent care expenses. Attach Form 2441 — 46 | | |
| | 47 | Credit for the elderly or the disabled. Attach Schedule R — 47 | | |
| | 48 | Education credits. Attach Form 8863 — 48 | | |
| | 49 | Retirement savings contributions credit. Attach Form 8880 — 49 | | |
| | 50 | Child tax credit (see page 39) — 50 | | |
| | 51 | Adoption credit. Attach Form 8839 — 51 | | |
| | 52 | Credits from: a [ ] Form 8396 b [ ] Form 8859 — 52 | | |
| | 53 | Other credits. Check applicable box(es): a [ ] Form 3800 b [ ] Form 8801 c [ ] Specify ____ — 53 | | |
| | 54 | Add lines 45 through 53. These are your total credits | 54 | |
| | 55 | Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- ▶ | 55 | 1,022,979 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 57 | |
| | 58 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 58 | |
| | 59 | Advance earned income credit payments from Form(s) W-2 | 59 | |
| | 60 | Household employment taxes. Attach Schedule H | 60 | |
| | 61 | Add lines 55 - 60. This is your total tax ▶ | 61 | 1,022,979 |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 — 62 | | |
| | 63 | 2002 estimated tax payments & amount applied from 2001 return — 63 — 900,000 | | |
| If you have a qualifying child, attach Schedule EIC. | 64 | Earned income credit (EIC) — 64 | | |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see page 56) — 65 | | |
| | 66 | Additional child tax credit. Attach Form 8812 — 66 | | |
| | 67 | Amount paid with request for extension to file (see page 56) — 67 | | |
| | 68 | Otr. pymt. from: a [ ] Form 2439 b [ ] Form 4136 c [ ] Form 8885 — 68 | | |
| | 69 | Add lines 62 through 68. These are your total payments ▶ | 69 | 900,000 |
| **Refund** | 70 | If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you overpaid | 70 | |
| Direct deposit? See page 56 and fill in 71b, 71c, and 71d. | 71a | Amount of line 70 you want refunded to you ▶ | 71a | |
| | ▶ b | Routing number ▶ c Type: [ ] Checking [ ] Savings | | |
| | ▶ d | Account number | | |
| | 72 | Amount of ln. 70 you want applied to your 2003 estimated tax ▶ 72 | | |
| **Amount You Owe** | 73 | Amount you owe. Subtract line 69 from line 61. For details on how to pay, see page 57 ▶ | 73 | 122,979 |
| | 74 | Estimated tax penalty (see page 57) — 74 | | |

**Third Party Designee** — Do you want to allow another person to discuss this return with the IRS (see page 58)? [X] Yes. Complete the following. [ ] No

Designee's name ▶ PREPARER Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here** — Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 21. Keep a copy for your records.

Your signature | Date | Your occupation: RETIRED | Daytime phone number

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation: RETIRED

**Paid Preparer's Use Only** — Preparer's signature ▶ | Date | Check if self-employed [ ] | Preparer's SSN or PTIN: P00009633

Firm's name (or yours if self-employed), address, and ZIP code ▶ EDWARDS, MELTON, ELLIS, KOSHIW, & CO. 2155 BUTTERFIELD DR. STE 305A TROY MI 48084-3450 | EIN 38-2337970 | Phone no. 248-643-4545

DAA Form **1040** (2002)

AS PREVIOUSLY ADJUSTED

(8)

SCHEDULES A&B (Form 1040)
Department of the Treasury Internal Revenue Service (99)

# Schedule A-Itemized Deductio

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
2002
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | 1,296 | | |
| | 2 | Enter amt. from Form 1040, ln. 36 [2] 2,743,700 | | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 205,778 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-2.) | 5 | State and local income taxes | 5 | 3,896 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 38,637 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 42,533 |
| Interest You Paid (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | |
| Gifts to Charity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 46,175 | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You must attach Form 8283 if over $500 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 46,175 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ SAFE DEPOSIT BOX | 22 | 410 | | |
| | 23 | Add lines 20 through 22 | 23 | 410 | | |
| | 24 | Enter amt. from Form 1040, ln. 36 [24] 2,743,700 | | | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | 54,874 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other-from list on page A-6. List type and amount ▶ | | | 27 | |
| Total Itemized Deductions | 28 | Is Form 1040, line 36, over $137,300 (over $68,650 if married filing separately)? * ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 38. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 17,742 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 2002

DAA

AS PREVIOUSLY ADJUSTED

9

Form 4684 (2002) Attachment Sequence No. 26 PAGE OF 1 Page 2

Name(s) shown on tax return. Do not enter name and identifying number if shown on other side. | Identifying number

ABEN E. & JOAN G. JOHNSON | 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

SECTION B-Business and Income-Producing Property THEFT LOSS

**Part I Casualty or Theft Gain or Loss** (Use a separate Part I for each casualty or theft.)

19 Description of properties (show type, location, and date acquired for each):

Property A THEFT LOSS OF INVESTMENT PROPERTY

Property B (SEE ATTACHED STATEMENT)

Property C

Property D

| | | Properties (Use a separate column for each property lost or damaged from the same casualty or theft.) | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| 20 Cost or adjusted basis of each property | 20 | | | | |
| 21 Insurance or other reimbursement (whether or not you filed a claim). See the instructions for line 3 | 21 | | | | |
| Note: If line 20 is more than line 21, skip line 22. | | | | | |
| 22 Gain from casualty or theft. If line 21 is more than line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 - 27 for that col. See the instr. for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 22 | | | | |
| 23 Fair market value before casualty or theft | 23 | | | | |
| 24 Fair market value after casualty or theft | 24 | | | | |
| 25 Subtract line 24 from line 23 | 25 | | | | |
| 26 Enter the smaller of line 20 or line 25 | 26 | | | | |
| Note: If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | | | | | |
| 27 Subtract line 21 from line 26. If zero or less, enter -0- | 27 | | | | |

28 Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 or line 34 (see instructions). | 28 |

**Part II Summary of Gains and Losses** (from separate Parts I)

| (a) Identify casualty or theft | | (b) Losses from casualties or thefts (i) Trade, business, rental or royalty property | (b) (ii) Income-producing and employee property | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|---|
| **Casualty or Theft of Property Held One Year or Less** | | | | |
| 29 | | ( ) | ( ) | |
| | | ( ) | ( ) | |
| 30 Totals. Add the amounts on line 29 | 30 | ( ) | ( ) | |
| 31 Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | | | 31 | 0 |
| 32 Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, partnerships, and S corporations, see instructions | | | 32 | |
| **Casualty or Theft of Property Held More Than One Year** | | | | |
| 33 Casualty or theft gains from Form 4797, line 32 | | | 33 | |
| 34 | | ( ) | ( ) | |
| | | ( ) | ( ) | |
| 35 Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | 35 | ( ) | ( ) | |
| 36 Total gains. Add lines 33 and 34, column (c) | | | 36 | |
| 37 Add amounts on line 35, columns (b)(i) and (b)(ii) | | | 37 | |
| 38 If the loss on line 37 is more than the gain on line 36: a Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instr. | | | 38a | |
| b Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, enter on the "Other deductions" line of your tax return. Partnerships (except electing large partnerships) and S corporations, see the note below. Electing large partnerships, enter on Form 1065-B, Part II, line 11 | | | 38b | |
| 39 If the loss on line 37 is less than or equal to the gain on line 36, combine lines 36 & 37 and enter here. Partnerships (except electing large partnerships), see the note below. All others, enter this amount on Form 4797, line 3 | | | 39 | 0 |

Note: Partnerships, enter the amount from line 38a, 38b, or line 39 on Form 1065, Schedule K, line 7. S corporations, enter the amount from line 38a or 38b on Form 1120S, Schedule K, line 6.

DAA Form 4684 (2002)

AS PREVIOUSLY ADJUSTED.

Aben E. & Joan G. Johnson
Social Security Number: 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
Attachment to Form 1040X
2002

**Statement 1 - Explanation of Changes to Income, Deductions and Credits**

Taxpayers are amending their 2002 income tax return to claim an additional theft loss of income producing property in the amount of $70,694,395 in the event a determination is made by the Internal Revenue Service that 2002 is the proper year to deduct the theft loss.

The taxpayers previously filed amended income tax returns for 1997, 1998, 1999, 2000 and 2001 claiming the same theft loss (adjusted for costs incurred in and changes in the fair market value of the property) deducted in this return. The taxpayers have determined that their theft loss was deductible pursuant to Internal Revenue Code Section 165(e) in 1998 when the amount and likelihood of recovery became reasonably known. However, the Examination Branch of the Internal Revenue Service (hereinafter IRS) made a determination that the theft loss was deductible in 1997. This determination was made in connection with the IRS disallowing a claim for refund relating to a capital loss carryover originated in 1994 and carried forward to 1995 and 1997. This determination was communicated to the taxpayers in the attached letter - Exhibit A. Thus, in the event that it is ultimately determined that 1997, 1998, 1999, 2000 or 2001 is the proper year of deduction and not 2002, the 2002 claim for refund should be recomputed for the amount allowed with respect to 1998, 1999, 2000 and 2001 as the taxpayers do not claim that they are entitled to the amount claimed in this claim twice.

The taxpayers' 1997, 1998, 1999, 2000 and 2001 amended tax returns are currently being litigated and a determination as to the theft loss amount and proper year of its deductibility has not been made as of the date of the filing of the amended 1040X.

During the year 1997, the taxpayers discovered they had been the victim of a series of fraudulent transactions in the purchase of various gems, jewelry, and other purchases. However, in the view of the taxpayers it was not until 1998 that the taxpayers were able to reasonably determine their prospect of recovery.

On Friday, February 25, 2000, a federal jury sitting in Miami returned verdicts of guilty against Jack Hasson, the leading perpetrator of the fraud, on six (6) felony counts. See Exhibits B and C. The case is styled U.S. v. John Robert Hasson, Case No. 99CR08063 King. Hasson was convicted of conspiracy to commit wire and mail fraud, conspiracy to launder money, conspiracy to obstruct justice and three (3) counts of wire fraud.

The taxpayers have determined that they incurred a loss attributable to theft under Section 1.165-8(d) of the Income Tax Regulations which provides that the term theft includes embezzlement. The presence of theft has been established by the fact that the taking of the taxpayers' property was illegal under Florida law and was done with criminal intent. The theft loss is calculated as follows:

| | |
|---|---|
| Amount paid for gems per appraisal prepared by Donald A. Palmieri, GG, ASA - Exhibit D, Page C-18 | $82,555,415 |
| | |
| Adjustment to amounts paid per appraisal: | |
| Check #828 dated 2/20/95 listed on appraisal as $624,000 but should be $642,000 | 18,000 |
| Check #1016 dated 5/23/97 listed on appraisal twice | (150,000) |
| Check #511 dated 5/12/89 not on appraisal | 125,000 |
| Check #6653 dated 12/12/95 not on appraisal | 100,000 |
| Check #1023 dated 6/2/97 not on appraisal | 100,000 |
| Check #184 dated 4/18/97 not on appraisal | 940,000 |
| Actual amount paid for gems | 83,688,415 |
| | |
| Cash returned to taxpayers | (1,695,500) |
| Costs incurred through 2002 in an attempt to recover loss-schedules attached - See page 15 | 7,069,946 |

Aben E. & Joan G. Johnson
Social Security Number: 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
Attachment to Form 1040X
2002

| | | |
|---|---|---|
| Anticipated recovery of loss: | | |
| Amounts recovered through 2002 | $1,444,691 | |
| Anticipated recoveries after 2002 | 14,555,309 | (16,000,000) |
| Fair market value of gems per appraisal-Exhibit D, Page C-18 | | (4,967,966) |
| Theft loss before adjustment for sales reported in 1994 that were not consummated - currently in litigation | | 68,094,895 |
| Adjustment for gain from sales originally reported in 1994 that were not consummated | | 2,599,500 |
| Total theft loss | | $70,694,395 |

The taxpayers had previously filed a claim for refund for 1994 when it was determined that Jack Hasson fraudulently informed Aben Johnson that he had "sold" six (6) gems to third parties on behalf of the taxpayers during 1994. In reliance thereon, the taxpayers reported the six (6) "sales" of gems on Schedule D, of their 1994 income tax return aggregating $3,580,500 in sales prices and aggregating $2,599,500 in gains. The taxpayers believed that Hasson, who was holding the six gems on consignment, was truthful when he said he sold the gems to third persons at a gain.

In subsequent years, it was determined by the taxpayers' advisors that these sales did not in fact occur. As part of the investigation, an examination of Hasson's bank accounts for the period of time during which the alleged sales occurred produced no deposits, individually or in the aggregate, that corresponded with any of the individual sales reported to the taxpayers and included on the taxpayers' 1994 return. Additionally, testimony given during the trial by James Speiser, an employee of Hasson's, confirmed the fraudulent nature of these transactions and that they were never consummated.

By amending the taxpayers' 1994 income tax return, and eliminating these sales, a capital loss was generated which was carried forward to 1995 and 1997. The taxpayers filed claims for refund for 1995 and 1997 simultaneously with their 1994 claim for refund in which they asked for a refund that was generated by deducting the capital loss carryforward. The IRS has issued a Statutory Notice disallowing the taxpayers' claims for refund for 1994, 1995, and 1997 - See Exhibit A. On July 26, 2001, the taxpayers filed suit in the United States Court of Federal Claims, styled Aben E. Johnson and Joan G. Johnson v. United States of America, for 1994, claiming a refund based on having reported the six sales at a gain, when the sales never occurred and for 1995, based on a carryforward to 1995. Since the government has denied these claims, they are included in the loss computation in this claim for refund; however, taxpayers do not claim that they are entitled to an adjustment for these disputed amounts twice.

The taxpayers are claiming a theft loss of $70,694,395 which will be their loss if they do not prevail in their litigation relating to their 1994 and 1995 claimed adjustment or with respect to any capital loss carryforward to 1997 originating in 1994. If the taxpayers prevail in their claim, their deductible theft loss of $70,694,395 must be reduced by $2,599,500.

Aben E. & Joan G. Johnson
Social Security Number: 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
Attachment to Form 1040X
2002

**Statement 2**

Form 4684 - Section B - Part 1 - Line 20 - Cost or adjusted basis of each property

| | |
|---|---|
| Actual amount paid for gems | $83,688,415 |
| Cash received by taxpayers | (1,695,500) |
| Costs incurred in an attempt to recover loss | 7,069,946 |
| Adjustment for gain from sales reported on 1994 return | 2,599,500 |
| Total cost or basis of all properties | $91,662,361 |

**Statement 3 – Form 4684 – Section B – Part II – Line 29**

Since all theft losses herein become part of the taxpayers' net operating loss, this return does not separate the lost properties by how long they were held. See section 4004(a) of the Tax and Trade Relief Extension act of 1998, amending IRC Section 174(d)(4)(C) and Section 165(c)(2) retroactively to 1984.

(13)

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
FORM 1040X

COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 04/06/95 | 839 | Wexler Insurance | 23,512.21 | | | | 23,512.21 |
| 05/07/95 | 842 | Wexler Insurance | 23,512.81 | | | | 23,512.81 |
| 06/09/95 | 850 | Wexler Insurance | 23,511.62 | | | | 23,511.62 |
| | | | 70,536.64 | 0.00 | 0.00 | 0.00 | 70,536.64 |
| 1/9/97 | 7072 | J.C. Kempe Assoc. | 917.08 | | | | 917.08 |
| 5/20/97 | 7195 | Hasson & Sons | 2,929.32 | | | | 2,929.32 |
| 7/11/97 | 7253 | Doug Johnson | 1,000.00 | | 1,000.00 | | |
| 7/14/97 | 7259 | Cash | 800.00 | | 800.00 | | |
| 7/15/97 | 7260 | Reginald Clay | 2,591.66 | | 2,591.66 | | |
| 7/15/97 | 7261 | Palm Beach Police | 330.00 | | 330.00 | | |
| 7/15/97 | 7262 | Tenhagen Gemstones | 10,000.00 | | | 10,000.00 | |
| 7/16/97 | 1064 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 7/18/97 | 7273 | American Express | 892.00 | | 892.00 | | |
| 7/24/97 | 1070 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 8/1/97 | 1072 | Shutts & Bowen | 25,000.00 | 25,000.00 | | | |
| 8/1/97 | 1073 | Shutts & Bowen | 5,000.00 | 5,000.00 | | | |
| 8/11/97 | 7305 | Cash | 300.00 | | 300.00 | | |
| 8/18/97 | 1077 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 8/20/97 | 7314 | Doug Johnson | 1,000.00 | | | 1,000.00 | |
| 8/22/97 | 7318 | American Express | 1,194.99 | | 1,194.99 | | |
| 8/23/97 | 1078 | United Appraisal Group | 5,000.00 | | | 5,000.00 | |
| 8/30/97 | 1079 | Tenhagen Gemstones | 5,000.00 | | | 5,000.00 | |
| 9/8/97 | 7338 | Shutts & Bowen | 2,475.98 | | 2,475.98 | | |
| 9/12/97 | 7342 | Cash | 500.00 | | 500.00 | | |
| 9/12/97 | 1085 | Shutts & Bowen | 3,733.86 | 3,733.86 | | | |
| 9/12/97 | 1087 | Moritz & Associates | 5,000.00 | | 5,000.00 | | |
| 9/16/97 | 1088 | Moritz & Associates | 15,000.00 | | 15,000.00 | | |
| 9/16/97 | 1089 | Shutts & Bowen | 2,475.98 | 2,475.98 | | | |
| 9/18/97 | 7351 | American Express | 639.20 | | 639.20 | | |
| 9/21/97 | 1090 | The British Transport Co. | 1,200.00 | | | | 1,200.00 |
| 9/26/97 | 1094 | Shutts & Bowen | 3,900.00 | 3,900.00 | | | |
| 9/30/97 | 1096 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 9/30/97 | 1097 | Tenhagen Gemstones | 7,000.00 | | | 7,000.00 | |
| 9/30/97 | 1098 | Shutts & Bowen | 376.97 | 376.97 | | | |
| 10/2/97 | 1100 | Shutts & Bowen | 17,819.00 | 17,819.00 | | | |
| 10/6/97 | Adj | First Union | 11.00 | | 11.00 | | |
| 10/8/97 | 7379 | Comerica | 10.00 | | 10.00 | | |
| 10/8/97 | 7380 | NBD | 12.50 | | 12.50 | | |
| 10/10/97 | 7381 | UPS | 11.00 | | 11.00 | | |
| 10/17/97 | 1104 | Shutts & Bowen | 1,779.74 | 1,779.74 | | | |
| 10/17/97 | 1105 | Tiffany & Co. | 280.00 | | | | 280.00 |
| 10/21/97 | 1106 | Gem Advise Co. | 3,000.00 | | | 3,000.00 | |
| 10/22/97 | 1108 | Moritz & Associates | 16,106.59 | | 16,106.59 | | |
| 11/4/97 | 1111 | Shutts & Bowen | 2,000.00 | | 2,000.00 | | |
| 11/6/97 | 1119 | Shutts & Bowen | 34,715.27 | 34,715.27 | | | |
| 11/10/97 | 1121 | Moritz & Associates | 4,197.79 | | 4,197.79 | | |
| 11/12/97 | 1122 | United Appraisal Group | 2,437.50 | | | 2,437.50 | |
| 11/14/97 | 1123 | Brink's Inc. | 2,994.07 | | | | 2,994.07 |
| 11/17/97 | 1124 | Shutts & Bowen | 30,809.02 | 30,809.02 | | | |

(14)

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
FORM 1040X
COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 11/17/97 | 1125 | Moritz & Associates | 5,374.27 | | 5,374.27 | | |
| 11/17/97 | 1126 | Tenhagen Gemstones | 5,073.00 | | | 5,073.00 | |
| 11/17/97 | 1127 | United Appraisal Group | 3,000.00 | | | 3,000.00 | |
| 11/19/97 | 1130 | Moritz & Associates | 588.15 | | 588.15 | | |
| 11/19/97 | 1131 | Shutts & Bowen | 5,076.17 | 5,076.17 | | | |
| 12/6/97 | 1155 | Gem Advise Co. | 3,000.00 | | | 3,000.00 | |
| 12/10/97 | 1156 | Tenhagen Gemstones | 14,717.15 | | | 14,717.15 | |
| 12/10/97 | 1157 | United Appraisal Group | 3,422.44 | | | 3,422.44 | |
| 12/18/97 | 1160 | Shutts & Bowen | 1,782.17 | 1,782.17 | | | |
| 12/18/97 | 1161 | Moritz & Associates | 5,528.49 | | 5,528.49 | | |
| | | | 308,002.36 | 132,468.18 | 104,563.62 | 62,650.09 | 8,320.47 |
| | | Totals (A) | $ 378,539.00 | $ 132,468.18 | $ 104,563.62 | $ 62,650.09 | $ 78,857.11 |

(A) 378,539.00

FOR 1998 1,412,791.61 * SEE PAGE 17
1,791,330.61 *

FOR 1999 2,439,991 * SEE PAGE 20
4,231,322

FOR 2000 1,513,071 * SEE PAGE 23
5,744,393

FOR 2001 754,557 * SEE PAGE 25
6,498,950

FOR 2002 570,996 * SEE PAGE 27
7,069,946

*

(15)

ABEN E. AND JOAN G. JOHNSON

S.S.N. 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

FORM 1040X

COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 1/1/98 | 1165 | United Appraisal | 489.13 | | | 489.13 | |
| 1/1/98 | 1166 | Tenhagen Gemstones | 14,112.00 | | | 14,112.00 | |
| 1/1/98 | 1169 | Shutts & Bowen | 30,814.03 | 30,814.03 | | | |
| 1/13/98 | 1170 | Shutts & Bowen | 2,173.99 | 2,173.99 | | | |
| 1/15/98 | 1171 | Shutts & Bowen | 3,500.00 | 3,500.00 | | | |
| 1/19/98 | 1172 | Shutts & Bowen | 3,823.20 | 3,823.20 | | | |
| 1/21/98 | 7524 | Rob Sandt | 300.00 | | 300.00 | | |
| 1/28/98 | 1173 | Moritz & Associates | 7,545.16 | | 7,545.16 | | |
| 1/28/98 | 1174 | Tenhagen Gemstones | 16,234.46 | | | 16,234.46 | |
| 2/9/98 | 1176 | Shutts & Bowen | 30,517.50 | 30,517.50 | | | |
| 2/9/98 | 1177 | Moritz & Associates | 1,273.52 | | 1,273.52 | | |
| 2/10/98 | 7547 | VISA | 4,440.00 | | 4,440.00 | | |
| 2/12/98 | 1178 | United Appraisal | 1,000.00 | | | 1,000.00 | |
| 2/13/98 | 1180 | GIA Gem Trade Lab | 39,406.00 | | | 39,406.00 | |
| 2/20/98 | 1183 | Shutts & Bowen | 5,552.43 | 5,552.43 | | | |
| 3/3/98 | 1187 | Tenhagen Gemstones | 9,737.50 | | | 9,737.50 | |
| 3/7/98 | 1188 | Gem Trade Laboratory | 2,725.49 | | | | 2,725.49 |
| 3/12/98 | 1191 | Lamar Miller | 3,056.65 | | | | 3,056.65 |
| 3/12/98 | 1192 | Florida Forensic Photo | 639.00 | | | | 639.00 |
| 3/12/98 | 1193 | Shutts & Bowen | 43,959.15 | 43,959.15 | | | |
| 3/16/98 | 1195 | Moritz & Associates | 2,180.39 | | 2,180.39 | | |
| 3/18/98 | 1196 | Shutts & Bowen | 2,754.03 | | 2,754.03 | | |
| 3/27/98 | 1197 | United Appraisal | 2,125.00 | | | 2,125.00 | |
| 4/2/98 | 1199 | Tenhagen Gemstones | 15,475.00 | | | 15,475.00 | |
| 4/7/98 | 1201 | Shutts & Bowen | 38,125.54 | 38,125.54 | | | |
| 4/13/98 | 1202 | Moritz & Associates | 3,833.68 | | 3,833.68 | | |
| 4/21/98 | 1205 | Shutts & Bowen | 3,892.63 | | 3,892.63 | | |
| 4/28/98 | 7618 | VISA | 39.23 | | 39.23 | | |
| 4/29/98 | 1207 | Moritz & Associates | 3,858.14 | | 3,858.14 | | |
| 4/29/98 | 1208 | Shutts & Bowen | 49,248.57 | 49,248.57 | | | |
| 4/29/98 | 1209 | Shutts & Bowen | 1,800.00 | | | 1,800.00 | |
| 5/13/98 | 1212 | Tenhagen Gemstones | 9,125.00 | | | 9,125.00 | |
| 5/30/98 | 1218 | Shutts & Bowen | 6,083.95 | | 6,083.95 | | |
| 5/30/98 | 1219 | Moritz & Associates | 3,888.81 | | 3,888.81 | | |
| 5/30/98 | 1220 | Moritz & Associates | 7,713.15 | | 7,713.15 | | |
| 6/5/98 | 1221 | Tenhagen Gemstones | 4,187.50 | | | 4,187.50 | |
| 6/5/98 | 1222 | Shutts & Bowen | 66,575.98 | 66,575.98 | | | |
| 6/17/98 | 1227 | Gallwey, Gillman, Curtis | 5,000.00 | 5,000.00 | | | |
| 6/22/98 | 1228 | Shutts & Bowen | 8,208.47 | | 8,208.47 | | |
| 7/11/98 | 1230 | Shutts & Bowen | 46,207.56 | 46,207.56 | | | |
| 7/11/98 | 1231 | Shutts & Bowen | 9,477.73 | | 9,477.73 | | |
| 7/11/98 | 1232 | Gallwey, Gillman, Curtis | 2,575.00 | 2,575.00 | | | |
| 7/11/98 | 1234 | Tenhagen Gemstones | 3,537.50 | | | 3,537.50 | |
| 7/16/98 | 1235 | Shutts & Bowen | 3,978.00 | | | 3,978.00 | |
| 7/16/98 | 1237 | Moritz & Associates | 91.75 | | 91.75 | | |
| 7/17/98 | 7714 | American Express | 298.00 | | 298.00 | | |
| 7/31/98 | 1239 | Shutts & Bowen | 1,000.00 | 1,000.00 | | | |
| 8/3/98 | 1240 | Shutts & Bowen | 925.00 | 925.00 | | | |
| 8/10/98 | 1242 | Shutts & Bowen | 4,847.38 | | 4,847.38 | | |
| 8/10/98 | 1243 | Tenhagen Gemstones | 11,787.50 | | | 11,787.50 | |

(10)

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
FORM 1040X

COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 8/10/98 | 1244 | Shutts & Bowen | 63,461.67 | 63,461.67 | | | |
| 8/10/98 | 1245 | Atlantic Investigation | 6,783.55 | | 6,783.55 | | |
| 8/12/98 | 1247 | Gallwey, Gillman, Curtis | 36,210.22 | 36,210.22 | | | |
| 8/22/98 | 1250 | Shutts & Bowen | 10,829.68 | 10,829.68 | | | |
| 8/31/98 | 1252 | CTC International | 1,847.59 | | 1,847.59 | | |
| 8/31/98 | 1253 | Shutts & Bowen | 1,456.25 | 1,456.25 | | | |
| 9/1/98 | 1254 | Moritz & Associates | 4,015.86 | | 4,015.86 | | |
| 9/1/98 | 1256 | Shutts & Bowen | 9,100.93 | | 9,100.93 | | |
| 9/9/98 | 1257 | Shutts & Bowen | 66,569.16 | 66,569.16 | | | |
| 9/9/98 | 1259 | Shutts & Bowen | 6,781.99 | | 6,781.99 | | |
| 10/9/98 | 1265 | Shutts & Bowen | 4,525.81 | | 4,525.81 | | |
| 9/10/98 | 1260 | Tenhagen Gemstones | 8,287.50 | | | 8,287.50 | |
| 9/10/98 | 1261 | Gallwey, Gillman, Curtis | 38,297.67 | 38,297.67 | | | |
| 9/24/98 | 1264 | Meyer, Kirk | 559.33 | 559.33 | | | |
| 10/10/98 | 1267 | Shutts & Bowen | 15,000.00 | | | 15,000.00 | |
| 10/10/98 | 1268 | Shutts & Bowen | 5,197.49 | | 5,197.49 | | |
| 10/26/98 | 1272 | Shutts & Bowen | 67,714.45 | 67,714.45 | | | |
| 10/26/98 | 1273 | Gallwey, Gillman, Curtis | 34,092.35 | 34,092.35 | | | |
| 11/2/98 | 1274 | Shutts & Bowen | 31,534.36 | | | 31,534.36 | |
| 11/2/98 | 1275 | Shutts & Bowen | 10,397.49 | | 10,397.49 | | |
| 11/9/98 | 1276 | Shutts & Bowen | 1,475.00 | 1,475.00 | | | |
| 11/11/98 | 1278 | Shutts & Bowen | 1,296.84 | | 1,296.84 | | |
| 11/11/98 | 1279 | Shutts & Bowen | 11,858.59 | | 11,858.59 | | |
| 11/13/98 | 1281 | Gallwey, Gillman, Curtis | 74,009.33 | 74,009.33 | | | |
| 11/13/98 | 1282 | Shutts & Bowen | 912.50 | 912.50 | | | |
| 11/16/98 | 1283 | Tenhagen Gemstones | 7,912.50 | | | 7,912.50 | |
| 11/17/98 | 1285 | Shutts & Bowen | 272.95 | | 272.95 | | |
| 11/19/98 | 1286 | Shutts & Bowen | 2,055.00 | 2,055.00 | | | |
| 12/2/98 | 1287 | Shutts & Bowen | 12,914.54 | | 12,914.54 | | |
| 12/2/98 | 1288 | Shutts & Bowen | 170,183.95 | 170,183.95 | | | |
| 12/7/98 | 1290 | Shutts & Bowen | 9,046.52 | | 9,046.52 | | |
| 12/7/98 | 1291 | Shutts & Bowen | 2,313.19 | | | 2,313.19 | |
| 12/7/98 | 1292 | Shutts & Bowen | 7,575.50 | | 7,575.50 | | |
| 12/7/98 | 1293 | Gallwey, Gillman, Curtis | 30,105.24 | 30,105.24 | | | |
| 12/16/98 | 1310 | Shutts & Bowen | 409.82 | 409.82 | | | |
| 12/16/98 | 1311 | Shutts & Bowen | 21,514.00 | 21,514.00 | | | |
| 12/21/98 | 1313 | Shutts & Bowen | 77,702.49 | 77,702.49 | | | |
| 12/29/98 | 1314 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 12/29/98 | 1315 | Shutts & Bowen | 55.00 | 55.00 | | | |
| 9/12/98 | S&B Trust | CTC International | 5,000.00 | 5,000.00 | | | |
| 9/14/98 | S&B Trust | David Donaldson | 750.00 | 750.00 | | | |
| 9/16/98 | S&B Trust | David Donaldson | 125.60 | 125.60 | | | |
| 10/27/98 | S&B Trust | Schindler Cohen | 2,000.00 | 2,000.00 | | | |
| 11/9/98 | S&B Trust | Bell South | 500.00 | | | | 500.00 |
| | | Total | $ 1,412,791.61 | $ 1,045,486.66 | $ 162,341.67 | $ 198,042.14 | $ 6,921.14 |

(17)

EXHIBIT 1

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X
1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 1/6/99 | 1316 | Alan Mishael | 37,711.66 | 37,711.66 | | | |
| 1/6/99 | 1317 | Alan Mishael | 633.35 | 633.35 | | | |
| 1/6/99 | 1318 | Gallwey, Gillman, Curtis | 10,555.32 | 10,555.32 | | | |
| 1/7/99 | 1321 | Shutts & Bowen | 4,440.50 | 4,440.50 | | | |
| 1/22/99 | 1323 | Shutts & Bowen | 13,265.58 | | 13,265.58 | | |
| 1/22/99 | 1324 | Shutts & Bowen | 1,309.00 | 1,309.00 | | | |
| 1/25/99 | 1325 | Shutts & Bowen | 22,503.14 | | | 22,503.14 | |
| 1/26/99 | 1326 | Shutts & Bowen | 10,170.20 | | 10,170.20 | | |
| 2/3/99 | 1329 | Alan Mishael | 40,390.66 | 40,390.66 | | | |
| 2/5/99 | 1331 | Shutts & Bowen | 712.63 | 712.63 | | | |
| 2/5/99 | 1332 | Shutts & Bowen | 119,595.61 | 119,595.61 | | | |
| 2/5/99 | 1333 | Shutts & Bowen | 7,059.87 | 7,059.87 | | | |
| 2/10/99 | 1334 | Gallwey, Gillman, Curtis | 9,438.65 | 9,438.65 | | | |
| 2/19/99 | 1336 | Shutts & Bowen | 10,318.00 | 10,318.00 | | | |
| 2/23/99 | 1337 | Shutts & Bowen | 21,691.17 | 21,691.17 | | | |
| 2/23/99 | 1338 | Shutts & Bowen | 8,708.73 | 8,708.73 | | | |
| 2/23/99 | 1339 | Shutts & Bowen | 1,977.19 | 1,977.19 | | | |
| 2/23/99 | 1340 | Shutts & Bowen | 2,466.71 | 2,466.71 | | | |
| 3/3/99 | 1342 | Alan Mishael | 22,260.17 | 22,260.17 | | | |
| 3/5/99 | 1343 | Shutts & Bowen | 7,175.03 | 7,175.03 | | | |
| 3/9/99 | 1344 | Shutts & Bowen | 6,232.02 | | 6,232.02 | | |
| 3/9/99 | 1345 | Shutts & Bowen | 2,060.00 | 2,060.00 | | | |
| 3/13/99 | 1346 | Shutts & Bowen | 379.67 | | 379.67 | | |
| 3/16/99 | 1347 | Shutts & Bowen | 97,600.46 | 97,800.46 | | | |
| 3/16/99 | 1348 | Gallwey, Gillman, Curtis | 1,106.90 | 1,106.90 | | | |
| 3/16/99 | 1349 | Shutts & Bowen | 5,306.73 | 5,306.73 | | | |
| 3/22/99 | 1350 | Shutts & Bowen | 747.50 | 747.50 | | | |
| 3/23/99 | 1551 | Shutts & Bowen | 6,249.98 | 6,249.98 | | | |
| 3/23/99 | 1552 | Kevorkian & Partners | 3,600.00 | 3,600.00 | | | |
| 3/28/99 | 1553 | Mark R. Solomon | 3,398.61 | 3,398.61 | | | |
| 4/1/99 | 1555 | Shutts & Bowen | 28,002.35 | | | 28,002.35 | |
| 4/5/99 | 1556 | Alan Mishael | 24,032.66 | 24,032.66 | | | |
| 4/10/99 | 1557 | Shutts & Bowen | 5,221.73 | 5,221.73 | | | |
| 4/10/99 | 1558 | Shutts & Bowen | 2,778.00 | | 2,778.00 | | |
| 4/10/99 | 1559 | Shutts & Bowen | 2,497.45 | | 2,497.45 | | |
| 4/10/99 | 1560 | Gallwey, Gillman, Curtis | 5,063.11 | 5,063.11 | | | |
| 4/17/99 | 1563 | Shutts & Bowen | 57,406.91 | 57,406.91 | | | |
| 4/22/99 | 1564 | Shutts & Bowen | 8,086.90 | 8,086.90 | | | |
| 4/28/99 | 1565 | Shutts & Bowen | 280.50 | 280.50 | | | |
| 4/29/99 | 1566 | Shutts & Bowen | 1,508.65 | 1,508.85 | | | |
| 4/29/99 | 1567 | Shutts & Bowen | 11,579.53 | 11,579.53 | | | |
| 5/10/99 | 1570 | Alan Mishael | 42,179.41 | 42,179.41 | | | |
| 5/12/99 | 1571 | Shutts & Bowen | 71,964.82 | 71,964.82 | | | |
| 5/12/99 | 1572 | Shutts & Bowen | 5,604.59 | 5,604.59 | | | |
| 5/12/99 | 1573 | Shutts & Bowen | 6,936.06 | 6,936.06 | | | |
| 5/12/99 | 1574 | Shutts & Bowen | 12,419.32 | 12,419.32 | | | |
| 5/12/99 | 1575 | Shutts & Bowen | 25,987.29 | 25,987.29 | | | |
| 5/12/99 | 1576 | Gallwey, Gillman, Curtis | 18,447.87 | 18,447.87 | | | |
| 5/20/99 | 1582 | Shutts & Bowen | 79,188.67 | 79,188.67 | | | |
| 5/24/99 | 1583 | Shutts & Bowen | 5,412.60 | 5,412.60 | | | |

(13)

EXHIBIT I

ASEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X
1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 6/9/99 | 1584 | Shutts & Bowen | 13,808.00 | 13,808.00 | | | |
| 6/10/99 | 1585 | Alan Mishael | 36,348.27 | 36,348.27 | | | |
| 6/14/99 | 1588 | Shutts & Bowen | 7,044.28 | | 7,044.28 | | |
| 6/14/99 | 1589 | Shutts & Bowen | 23.01 | 23.01 | | | |
| 6/14/99 | 1590 | Shutts & Bowen | 4,277.58 | 4,277.58 | | | |
| 6/14/99 | 1591 | Shutts & Bowen | 4,887.07 | | 4,887.07 | | |
| 6/14/99 | 1592 | Shutts & Bowen | 2,391.01 | 2,391.01 | | | |
| 6/16/99 | 1593 | Gallwey, Gillman, Curtis | 15,834.78 | 15,834.78 | | | |
| 6/24/99 | 1595 | Shutts & Bowen | 1,453.40 | 1,453.40 | | | |
| 6/25/99 | 1596 | Shutts & Bowen | 15,000.00 | 15,000.00 | | | |
| 6/26/99 | 1597 | Shutts & Bowen | 1,817.27 | 1,817.27 | | | |
| 7/6/99 | 1599 | Alan Mishael | 43,208.43 | 43,208.43 | | | |
| 7/17/99 | 1601 | Shutts & Bowen | 13,954.32 | 13,954.32 | | | |
| 7/17/99 | 1602 | Shutts & Bowen | 9,491.34 | | 9,491.34 | | |
| 7/17/99 | 1603 | Gallwey, Gillman, Curtis | 15,204.35 | 15,204.35 | | | |
| 7/19/99 | 1604 | Shutts & Bowen | 68,497.75 | 68,497.75 | | | |
| 7/19/99 | 1605 | Shutts & Bowen | 1,297.81 | 1,297.81 | | | |
| 7/19/99 | 1606 | Shutts & Bowen | 19,436.62 | 19,436.62 | | | |
| 7/23/99 | 1607 | Shutts & Bowen | 6,427.00 | 6,427.00 | | | |
| 7/28/99 | 1608 | Shutts & Bowen | 1,075.18 | 1,075.18 | | | |
| 7/30/99 | 1609 | Shutts & Bowen | 205.98 | 205.98 | | | |
| 8/2/99 | 1610 | Shutts & Bowen | 114,939.61 | 114,939.61 | | | |
| 8/2/99 | 1611 | Shutts & Bowen | 568.25 | 568.25 | | | |
| 8/6/99 | 1612 | Shutts & Bowen | 1,354.43 | 1,354.43 | | | |
| 8/9/99 | 1613 | Shutts & Bowen | 9,933.42 | 9,933.42 | | | |
| 8/9/99 | 1614 | Alan Mishael | 41,773.09 | 41,773.09 | | | |
| 8/11/99 | 1615 | Shutts & Bowen | 9,906.30 | 9,906.30 | | | |
| 8/12/99 | 1616 | Shutts & Bowen | 10,142.75 | 10,142.75 | | | |
| 8/12/99 | 1617 | Shutts & Bowen | 9,669.20 | 9,669.20 | | | |
| 8/16/99 | 1618 | Shutts & Bowen | 3,536.93 | 3,536.93 | | | |
| 8/23/99 | 1619 | Shutts & Bowen | 7,000.00 | 7,000.00 | | | |
| 8/28/99 | 1620 | Shutts & Bowen | 11,230.00 | 11,230.00 | | | |
| 8/28/99 | 1621 | Shutts & Bowen | 9,684.25 | 9,684.25 | | | |
| 8/28/99 | 1622 | Shutts & Bowen | 1,400.00 | 1,400.00 | | | |
| 8/28/99 | 1623 | Shutts & Bowen | 2,922.60 | 2,922.60 | | | |
| 8/28/99 | 1624 | Shutts & Bowen | 3,444.35 | 3,444.35 | | | |
| 8/28/99 | 1625 | Shutts & Bowen | 105,763.77 | 105,763.77 | | | |
| 9/14/99 | 1628 | Shutts & Bowen | 7,056.69 | 7,056.69 | | | |
| 9/14/99 | 1629 | Shutts & Bowen | 5,598.48 | | 5,598.48 | | |
| 9/14/99 | 1630 | Alan Mishael | 38,090.57 | 38,090.57 | | | |
| 9/14/99 | 1631 | Gallwey, Gillman, Curtis | 14,698.34 | 14,698.34 | | | |
| 9/14/99 | 1633 | Shutts & Bowen | 6,240.00 | 6,240.00 | | | |
| 10/8/99 | 1751 | Shutts & Bowen | 12,855.21 | 12,855.21 | | | |
| 10/8/99 | 1752 | Shutts & Bowen | 4,594.00 | 4,594.00 | | | |
| 10/8/99 | 1753 | Shutts & Bowen | 417.59 | 417.59 | | | |
| 10/8/99 | 1754 | Shutts & Bowen | 1,511.95 | 1,511.95 | | | |
| 10/8/99 | 1755 | Shutts & Bowen | 1,444.32 | 1,444.32 | | | |
| 10/8/99 | 1756 | Shutts & Bowen | 1,930.03 | 1,930.03 | | | |
| 0/8/99 | 1757 | Shutts & Bowen | 15,462.30 | 15,462.30 | | | |
| 0/9/99 | 1758 | Shutts & Bowen | 850.50 | 850.50 | | | |

(1)

EXHIBIT I

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X

1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 10/9/99 | 1759 | Shutts & Bowen | 4,539.34 | 4,539.34 | | | |
| 10/9/99 | 1760 | Shutts & Bowen | 43,707.00 | 43,707.00 | | | |
| 10/9/99 | 1761 | Shutts & Bowen | 110,161.73 | 110,161.73 | | | |
| 10/9/99 | 1762 | Alan Mishael | 30,782.87 | 30,782.87 | | | |
| 10/9/99 | Wire | Shutts & Bowen | 37,600.00 | 37,600.00 | | | |
| 10/13/99 | 1763 | Shutts & Bowen | 32.90 | 32.90 | | | |
| 10/18/99 | 1764 | Shutts & Bowen | 4,717.11 | | 4,717.11 | | |
| 10/18/99 | 1765 | Shutts & Bowen | 5,524.86 | | 5,524.86 | | |
| 10/18/99 | 1766 | Shutts & Bowen | 1,388.53 | 1,388.53 | | | |
| 10/18/99 | 1767 | Shutts & Bowen | 2,542.21 | 2,542.21 | | | |
| 10/18/99 | 1768 | Shutts & Bowen | 35,690.25 | 35,690.25 | | | |
| 10/25/99 | DEPOSIT | Shutts & Bowen | (568.25) | (568.25) | | | |
| 10/26/99 | 1772 | Shutts & Bowen | 407.36 | 407.36 | | | |
| 11/1/99 | 1773 | Shutts & Bowen | 56,691.18 | 56,691.18 | | | |
| 11/16/99 | 1775 | Shutts & Bowen | 19,590.92 | 19,590.92 | | | |
| 11/16/99 | 1776 | Alan Mishael | 36,187.52 | 36,187.52 | | | |
| 11/16/99 | 1777 | Shutts & Bowen | 2,444.46 | 2,444.46 | | | |
| 11/16/99 | 1778 | Shutts & Bowen | 3,859.66 | 3,859.66 | | | |
| 11/16/99 | 1779 | Shutts & Bowen | 3,481.75 | 3,481.75 | | | |
| 11/16/99 | 1780 | Shutts & Bowen | 304.37 | 304.37 | | | |
| 11/16/99 | 1781 | Shutts & Bowen | 13,167.02 | 13,167.02 | | | |
| 11/16/99 | 1782 | Shutts & Bowen | 1,520.34 | 1,520.34 | | | |
| 11/16/99 | 1783 | Shutts & Bowen | 6,940.16 | 6,940.16 | | | |
| 11/16/99 | 1784 | Shutts & Bowen | 5,180.22 | 5,180.22 | | | |
| 11/26/99 | 1785 | Shutts & Bowen | 107,304.27 | 107,304.27 | | | |
| 12/4/99 | 1788 | Mark R. Solomon | 780.20 | 780.20 | | | |
| 12/8/99 | 1795 | Alan Mishael | 29,064.61 | 29,064.61 | | | |
| 12/8/99 | 1796 | Alan Mishael | 91,112.76 | 91,112.76 | | | |
| 12/8/99 | 1798 | Shutts & Bowen | 63,250.25 | 63,250.25 | | | |
| 12/8/99 | 1799 | Shutts & Bowen | 6,437.99 | | 6,437.99 | | |
| 12/8/99 | 1800 | Shutts & Bowen | 3,984.00 | 3,984.00 | | | |
| 12/8/99 | 1801 | Shutts & Bowen | 7,066.54 | 7,066.54 | | | |
| 12/8/99 | 1802 | Shutts & Bowen | 151.78 | 151.78 | | | |
| 12/8/99 | 1803 | Shutts & Bowen | 3,592.57 | 3,592.57 | | | |
| 12/16/99 | DEPOSIT | Galtwey, Gillman, Curtis | (4,005.23) | (4,005.23) | | | |
| 12/30/99 | 1809 | Shutts & Bowen | 63,562.50 | 63,562.50 | | | |
| 2/30/99 | 1810 | Shutts & Bowen | 1,000.00 | | 1,000.00 | | |
| 2/30/99 | 1811 | Shutts & Bowen | 500.00 | 500.00 | | | |
| 2/30/99 | 1812 | Shutts & Bowen | 3,015.57 | 3,015.57 | | | |
| 2/30/99 | 1813 | Shutts & Bowen | 411.38 | 411.38 | | | |
| 2/30/99 | 1814 | Shutts & Bowen | 2,928.68 | 2,928.68 | | | |
| 2/11/99 | S&B Trust | Michael Gertner | 500.00 | 500.00 | | | |
| 2/17/99 | S&B Trust | Joe McSorley | 3,735.40 | 3,735.40 | | | |
| 3/2/99 | S&B Trust | Schindler Cohen | 187.99 | 187.99 | | | |
| 3/13/99 | S&B Trust | Ibis Golf & C.C. | 350.00 | | | | 350.00 |
| | | Total | $ 2,439,990.61 | $ 2,309,111.07 | $ 80,024.05 | $ 50,505.49 | $ 350.00 |

20

EXHIBIT I

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
2000 FORM 1040X
ADDITIONAL COSTS INCURRED TO RECOVER THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 01/02/00 | 1815 | Shutts & Bowen | 61,463.90 | 61,463.90 | | | |
| 01/02/00 | S&B Trust | Jean Provet | 200.00 | 200.00 | | | |
| 01/04/00 | 1817 | Shutts & Bowen | 4,101.95 | 4,101.95 | | | |
| 01/13/00 | DEPOSIT | Shutts & Bowen | (90.00) | (90.00) | | | |
| 01/27/00 | 1820 | McKinney, Bancroft | 25,000.00 | 25,000.00 | | | |
| 02/01/00 | 1821 | Shutts & Bowen | 60,978.19 | 60,978.19 | | | |
| 02/01/00 | 1822 | Shutts & Bowen | 9,517.50 | 9,517.50 | | | |
| 02/01/00 | 1823 | Shutts & Bowen | 3,762.74 | 3,762.74 | | | |
| 02/01/00 | 1824 | Shutts & Bowen | 856.04 | 856.04 | | | |
| 02/01/00 | 1825 | Shutts & Bowen | 327.28 | 327.28 | | | |
| 02/01/00 | 1826 | Alan Mishael | 33,679.09 | 33,679.09 | | | |
| 02/01/00 | 1827 | Shutts & Bowen | 406.25 | 406.25 | | | |
| 02/01/00 | 1828 | Shutts & Bowen | 5,581.14 | 5,581.14 | | | |
| 02/01/00 | 1828 | Shutts & Bowen | 6,983.93 | 6,983.93 | | | |
| 02/01/00 | 1829 | Shutts & Bowen | 4,958.73 | 4,958.73 | | | |
| 02/01/00 | 1830 | Shutts & Bowen | 3,997.58 | 3,997.58 | | | |
| 02/01/00 | 1831 | Shutts & Bowen | 1,450.00 | 1,450.00 | | | |
| 02/08/00 | S&B Trust | Action Trans | 75.88 | 75.88 | | | |
| 02/08/00 | S&B Trust | Ibis Golf & C.C. | 76.40 | | | | 76.40 |
| 02/11/00 | 1834 | Shutts & Bowen | 3,600.00 | 3,600.00 | | | |
| 02/11/00 | 1835 | Shutts & Bowen | 2,298.75 | 2,298.75 | | | |
| 02/11/00 | 1836 | Shutts & Bowen | 11,450.00 | 11,450.00 | | | |
| 02/11/00 | 1837 | Shutts & Bowen | 6,396.00 | 6,396.00 | | | |
| 02/25/00 | 1841 | Alan Mishael | 30,888.29 | 30,888.29 | | | |
| 02/29/00 | 687 | Chase VISA | 3,647.43 | 3,647.43 | | | |
| 03/04/00 | 1844 | Shutts & Bowen | 3,580.36 | 3,580.36 | | | |
| 03/04/00 | 1845 | Shutts & Bowen | 1,345.00 | 1,345.00 | | | |
| 03/04/00 | 1846 | Shutts & Bowen | 6,305.60 | 6,305.60 | | | |
| 03/04/00 | 1847 | Shutts & Bowen | 375.00 | 375.00 | | | |
| 03/04/00 | 1848 | Shutts & Bowen | 5,624.33 | 5,624.33 | | | |
| 03/04/00 | 1848 | Shutts & Bowen | 20,000.00 | 20,000.00 | | | |
| 03/04/00 | 1849 | Shutts & Bowen | 52.85 | 52.85 | | | |
| 03/04/00 | 1850 | Shutts & Bowen | 925.00 | 925.00 | | | |
| 03/04/00 | 1851 | Shutts & Bowen | 119.44 | 119.44 | | | |
| 03/06/00 | 1853 | Zack Konnitzki PA | 28,000.00 | 28,000.00 | | | |
| 03/22/00 | 1854 | Anderson & Carr, Inc. | 1,500.00 | 1,500.00 | | | |
| 03/24/00 | 1855 | Shutts & Bowen | 75,136.86 | 75,136.86 | | | |
| 03/24/00 | 1856 | Shutts & Bowen | 1,803.55 | 1,803.55 | | | |
| 03/24/00 | 1857 | Shutts & Bowen | 10,235.01 | 10,235.01 | | | |
| 03/28/00 | 1858 | Alan Mishael | 27,826.42 | 27,826.42 | | | |
| 04/05/00 | 1860 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 04/10/00 | 1861 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 04/14/00 | 1863 | Mayer, Kirk, Synder | 235.00 | 235.00 | | | |
| 04/17/00 | 1864 | Shutts & Bowen | 56,964.99 | 56,964.99 | | | |
| 04/17/00 | 1865 | Shutts & Bowen | 3,665.18 | 3,665.18 | | | |
| 04/17/00 | 1866 | Shutts & Bowen | 2,332.75 | 2,332.75 | | | |
| 04/17/00 | 1867 | Shutts & Bowen | 4,272.00 | 4,272.00 | | | |
| 04/17/00 | 1868 | Shutts & Bowen | 4,041.00 | 4,041.00 | | | |
| 04/17/00 | 1870 | Shutts & Bowen | 5,228.02 | 5,228.02 | | | |
| 04/17/00 | 1871 | Shutts & Bowen | 20,805.25 | 20,805.25 | | | |
| 04/17/00 | 1872 | Shutts & Bowen | 625.30 | 625.30 | | | |
| 04/17/00 | 1873 | Shutts & Bowen | 1,287.85 | 1,287.85 | | | |
| 04/21/00 | S&B Trust | Siegel, O'Con. | 195.00 | 195.00 | | | |
| 04/24/00 | DEPOSIT | Shutts & Bowen | (4,804.76) | (4,804.76) | | | |
| 04/24/00 | DEPOSIT | Shutts & Bowen | (5,000.00) | (5,000.00) | | | |
| 04/25/00 | 1874 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |

12V

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
2000 FORM 1040X
ADDITIONAL COSTS INCURRED TO RECOVER THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 04/26/00 | 1875 | Shutts & Bowen | 5,500.00 | 5,500.00 | | | |
| 04/26/00 | DEPOSIT | Gallwey, Gillman, Curtis | (6,341.88) | (6,341.88) | | | |
| 04/28/00 | S&B Trust | Gallwey, Gillman, Curtis | 66.47 | 66.47 | | | |
| 04/29/00 | 1876 | Shutts & Bowen | 3,583.80 | 3,583.80 | | | |
| 05/04/00 | 1877 | Alan Mishael | 38,447.22 | 38,447.22 | | | |
| 05/15/00 | S&B Trust | VerPloeg & Lumpkin | 400.00 | 400.00 | | | |
| 05/17/00 | 1881 | Shutts & Bowen | 5,005.20 | 5,005.20 | | | |
| 05/17/00 | 1882 | Shutts & Bowen | 3,959.17 | 3,959.17 | | | |
| 05/17/00 | 1883 | Shutts & Bowen | 9,183.00 | 9,183.00 | | | |
| 05/17/00 | 1884 | Shutts & Bowen | 1,420.45 | 1,420.45 | | | |
| 05/20/00 | 1885 | Shutts & Bowen | 10,146.65 | 10,146.65 | | | |
| 06/02/00 | 1889 | Shutts & Bowen | 53,329.96 | 53,329.96 | | | |
| 06/02/00 | 1890 | Shutts & Bowen | 5,878.51 | 5,878.51 | | | |
| 06/02/00 | 1891 | Shutts & Bowen | 1,600.00 | 1,600.00 | | | |
| 06/02/00 | 1892 | Shutts & Bowen | 52.31 | 52.31 | | | |
| 06/02/00 | 1893 | Shutts & Bowen | 133.85 | 133.85 | | | |
| 06/03/00 | 1894 | Alan Mishael | 26,481.28 | 26,481.28 | | | |
| 06/10/00 | 1896 | Anderson & Carr, Inc. | 1,500.00 | 1,500.00 | | | |
| 06/16/00 | 1897 | Shutts & Bowen | 58,683.13 | 58,683.13 | | | |
| 06/16/00 | 1898 | Shutts & Bowen | 2,336.58 | 2,336.58 | | | |
| 06/16/00 | 1899 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 06/16/00 | 1899 | Shutts & Bowen | 3,448.71 | 3,448.71 | | | |
| 06/16/00 | 1900 | Shutts & Bowen | 9,262.00 | 9,262.00 | | | |
| 06/16/00 | S&B Trust | Robin Carbo | 780.00 | 780.00 | | | |
| 06/16/00 | S&B Trust | VerPloeg & Lumpkin | 3,481.09 | 3,481.09 | | | |
| 06/20/00 | S&B Trust | Gemological Appraisal | 4,275.00 | | | 4,275.00 | |
| 06/21/00 | S&B Trust | Edwards, Koshiw | 10,580.00 | | | | 10,580.00 |
| 06/22/00 | 1902 | Shutts & Bowen | 220.80 | 220.80 | | | |
| 06/22/00 | 1903 | Shutts & Bowen | 160.00 | 160.00 | | | |
| 06/22/00 | S&B Trust | McElroy, Deutsch | 1,695.00 | 1,695.00 | | | |
| 06/27/00 | S&B Trust | Kavorkian & Partners | 6,112.68 | 6,112.68 | | | |
| 06/29/00 | S&B Trust | Atlantic Investigations | 2,233.95 | | 2,233.95 | | |
| 06/30/00 | S&B Trust | Cook, Schulmann | 21.50 | 21.50 | | | |
| 06/30/00 | S&B Trust | Michaelson & Co. | 13,769.00 | | | | 13,769.00 |
| 07/03/00 | S&B Trust | Alan Mishael | 25,235.47 | 25,235.47 | | | |
| 07/10/00 | S&B Trust | Executive Investigative | 1,615.44 | | 1,615.44 | | |
| 07/10/00 | S&B Trust | Joe McSorley | 45,264.64 | 45,264.64 | | | |
| 07/21/00 | S&B Trust | Robert Shalhoub | 2,181.38 | 2,181.38 | | | |
| 07/23/00 | 767 | American Express | 1,435.71 | 1,435.71 | | | |
| 07/31/00 | S&B Trust | Cook, Schulmann | 152.00 | 152.00 | | | |
| 07/31/00 | S&B Trust | Jean Provet | 134.00 | 134.00 | | | |
| 08/01/00 | S&B Trust | Alan Mishael | 25,842.91 | 25,842.91 | | | |
| 08/01/00 | S&B Trust | Executive Investigative | 1,512.30 | | 1,512.30 | | |
| 08/14/00 | DEPOSIT | FBI | (64.00) | (64.00) | | | |
| 08/17/00 | S&B Trust | Sheriff, Broward County | 3,000.00 | | | | 3,000.00 |
| 08/17/00 | S&B Trust | Sheriff, Broward County | 3,000.00 | | | | 3,000.00 |
| 09/07/00 | 1921 | Shutts & Bowen | 18,537.00 | 18,537.00 | | | |
| 09/07/00 | 1922 | Shutts & Bowen | 6,500.00 | 6,500.00 | | | |
| 09/07/00 | 1923 | Shutts & Bowen | 690.00 | 690.00 | | | |
| 09/13/00 | 1924 | Alan Mishael | 25,945.20 | 25,945.20 | | | |
| 09/15/00 | 1925 | Shutts & Bowen | 5,556.90 | 5,556.90 | | | |
| 09/15/00 | 1926 | Shutts & Bowen | 4,485.28 | 4,485.28 | | | |
| 09/15/00 | 1927 | Shutts & Bowen | 31,150.50 | 31,150.50 | | | |
| 09/20/00 | 1929 | Shutts & Bowen | 1,878.62 | 1,878.62 | | | |
| 09/20/00 | 1930 | Shutts & Bowen | 540.00 | 540.00 | | | |
| 09/21/00 | DEPOSIT | Shutts & Bowen | (2,000.00) | (2,000.00) | | | |

62

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
2000 FORM 1040X
ADDITIONAL COSTS INCURRED TO RECOVER THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 09/27/00 | 1931 | Shutts & Bowen | 59,589.57 | 59,589.57 | | | |
| 09/29/00 | 1932 | Shutts & Bowen | 454.18 | 454.18 | | | |
| 09/29/00 | 1933 | Shutts & Bowen | 1,757.58 | 1,757.58 | | | |
| 09/29/00 | 1934 | Shutts & Bowen | 912.52 | 912.52 | | | |
| 10/05/00 | 1935 | Shutts & Bowen | 56,749.92 | 56,749.92 | | | |
| 10/05/00 | 1936 | Alan Mishael | 25,631.50 | 25,631.50 | | | |
| 10/05/00 | 1937 | Shutts & Bowen | 1,805.30 | 1,805.30 | | | |
| 10/05/00 | 1938 | Shutts & Bowen | 4,225.71 | 4,225.71 | | | |
| 10/05/00 | 1939 | Shutts & Bowen | 31,501.99 | 31,501.99 | | | |
| 10/17/00 | 1941 | Shutts & Bowen | 490.00 | 490.00 | | | |
| 10/17/00 | 1942 | Shutts & Bowen | 7,550.66 | 7,550.66 | | | |
| 10/17/00 | 1943 | Alan Mishael | 10,879.00 | 10,879.00 | | | |
| 10/24/00 | 1945 | Shutts & Bowen | 61,337.06 | 61,337.06 | | | |
| 10/30/00 | 1946 | Shutts & Bowen | 3,203.19 | 3,203.19 | | | |
| 10/30/00 | 1947 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 11/03/00 | 1949 | Shutts & Bowen | 20,181.36 | 20,181.36 | | | |
| 11/03/00 | 1950 | Mark Solomon | 4,056.00 | 4,056.00 | | | |
| 11/07/00 | 822 | UPS | 9.72 | | | | 9.72 |
| 11/16/00 | 1955 | Shutts & Bowen | 7,269.00 | 7,269.00 | | | |
| 11/16/00 | 1956 | Shutts & Bowen | 998.69 | 998.69 | | | |
| 11/21/00 | 1957 | Shutts & Bowen | 63,429.79 | 63,429.79 | | | |
| 11/21/00 | 1958 | Shutts & Bowen | 998.09 | 998.09 | | | |
| 11/21/00 | 1959 | Shutts & Bowen | 334.12 | 334.12 | | | |
| 11/21/00 | 1960 | Shutts & Bowen | 843.31 | 843.31 | | | |
| 12/13/00 | 1965 | Shutts & Bowen | 56,956.43 | 56,956.43 | | | |
| 12/13/00 | 1966 | Shutts & Bowen | 833.23 | 833.23 | | | |
| 12/13/00 | 1967 | Shutts & Bowen | 424.53 | 424.53 | | | |
| 12/20/00 | 1970 | Shutts & Bowen | 631.70 | 631.70 | | | |
| 12/22/00 | 1971 | Shutts & Bowen | 4,399.07 | 4,399.07 | | | |
| 12/22/00 | 1972 | Shutts & Bowen | 1,334.59 | 1,334.59 | | | |
| | | | $ 1,513,070.66 | $ 1,472,998.85 | $ 5,361.69 | $ 4,275.00 | $ 30,435.12 |

63

ABEN E. & JOAN G. JOHNSON
S.S.N. 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
2001 FORM 1040

EXHIBIT 1

2001 ADDITIONAL EXPENSES INCURRED RE:THEFT LOSS

| DATE | CHECK NUMBER | PAYEE | AMOUNT |
|---|---|---|---|
| 01/11/2001 | 1975 | S&B / EXEC INV SERVICE | 389.44 |
| 01/11/2001 | 1976 | S&B / GUYER & REGULES | 847.00 |
| 01/29/2001 | 1978 | S&B / CABINET DE TRADUC | 2932.54 |
| 01/29/2001 | 1979 | S&B / VERPLOEGO & LUM | 203.65 |
| 01/29/2001 | 1980 | S&B / ROBERT M.W. SHALH | 9,565.50 |
| 01/30/2001 | 1981 | S&B / EDWARDS, MELTON, ELLIS, KOSHIW | 16,800.00 |
| 02/05/2001 | 1982 | S&B / MCSORLEY | 86,324.82 |
| 02/09/2001 | DEP | S&B / OVERPAID COO | -833.09 |
| 02/10/2001 | 1985 | S&B / ATLANTIC INV & CONS | 829.06 |
| 02/22/2001 | 1988 | S&B / KEVORKIAN & PARTN | 12,921.33 |
| 02/24/2001 | 1992 | S&B / MICHAELSON & CO. | 9,447.75 |
| 03/01/2001 | 1993 | S&B / ATLANTIC INV & CONS | 937.80 |
| 03/01/2001 | 1995 | S&B / MCSORLEY | 68,803.60 |
| 03/06/2001 | 1999 | S&B / EXEC INV SERVICE | 2,016.86 |
| 03/10/2001 | 2000 | MARK R. SOLOMON | 11,750.00 |
| 03/10/2001 | 2001 | S&B / VERPLOEGO & LUM | 1,591.78 |
| 03/15/2001 | 2003 | S&B / MCSORLEY | 46,550.14 |
| 03/22/2001 | 2004 | S&B / KEVORKIAN & PARTN | 6,825.31 |
| 04/02/2001 | 2006 | S&B / VERPLOEGO & LUM | 1,135.28 |
| 04/02/2001 | 2008 | S&B / CORPORATE EDITIONS | 975.74 |
| 04/12/2001 | 2011 | DONALD A. PALMIERI/APPRAISAL NOTEBOOK | 39,093.00 |
| 04/13/2001 | 2012 | S&B / EXEC INV SERVICE | 275.81 |
| 04/13/2001 | 2013 | S&B / MEDIATION, INC. | 741.50 |
| 04/21/2001 | 2014 | S&B / MCSORLEY | 40,751.64 |
| 04/24/2001 | 2016 | S&B / VERPLOEGO & LUM | 1,790.03 |
| 05/04/2001 | 2017 | S&B / KEVORKIAN & PARTN | 4,588.20 |
| 05/08/2001 | 2018 | S&B / EXEC INV SERVICE | 348.74 |
| 05/08/2001 | 2019 | S&B / MEDIATION, INC. | 304.00 |
| 05/23/2001 | 2024 | S&B / MCSORLEY | 38,502.38 |
| 05/29/2001 | 2026 | S&B / VERPLOEGO & LUM | 2,277.30 |
| 05/29/2001 | 2027 | S&B / KEVORKIAN & PARTN | 2,129.13 |
| 06/11/2001 | 2030 | EDWARDS, MELTON, ELLIS, KOSHIW & CO, PC | 23,059.00 |
| 06/15/2001 | 2033 | S&B / MCSORLEY | 8.60 |
| 06/25/2001 | 2035 | S&B / KEVORKIAN & PARTN | 4,930.00 |
| 07/10/2001 | DEP | S&B / COOK SCHULMAN (RETAINER REFUND) | -269.25 |
| 07/12/2001 | 2038 | S&B / MCSORLEY | 41,608.69 |
| 07/12/2001 | 2039 | S&B / KEVORKIAN & PARTN | 4,623.82 |
| 07/25/2001 | 2041 | S&B / SPECIER/CORTEZ | 114.50 |
| 07/25/2001 | 2042 | S&B / MCSORLEY | 32,536.27 |
| 08/20/2001 | 2045 | MEYER, KIRK, SNYDER & | 7,307.26 |

(24)

| | | | |
|---|---|---|---|
| 08/22/2001 | 2048 | S&B / MCSORLEY | 36,085.38 |
| 08/24/2001 | 2049 | S&B / VERPLOEGO & LUM | 4,584.50 |
| 08/30/2001 | 2050 | S&B / EXEC INV SERVICE | 415.01 |
| 09/07/2001 | 2051 | S&B / SPECIER/CORTEZ | 87.00 |
| 09/22/2001 | 2055 | S&B / MCSORLEY | 23,207.10 |
| 10/20/2001 | 2059 | S&B / MCSORLEY | 24,558.76 |
| 10/20/2001 | 2060 | S&B / MICHAELSON & CO. | 11,727.43 |
| 11/14/2001 | 2053 | MEYER, KIRK, SNYDER & | 697.40 |
| 11/17/2001 | 2064 | S&B / MICHAELSON & CO. | 4,509.15 |
| 11/19/2001 | 2067 | S&B / MCSORLEY | 35,684.86 |
| 11/20/2001 | 2068 | S&B / VERPLOEGO & LUM | 746.06 |
| 12/10/2001 | 2073 | S&B / SCHINDLER COHEN | 1,811.00 |
| 12/17/2001 | 2074 | S&B / MCSORLEY | 33,828.60 |
| 12/19/2001 | 2075 | S&B / MICHAELSON & CO. | 2,242.50 |
| 12/26/2001 | 2078 | S&B / VERPLOEGO & LUM | 3,475.92 |
| 12/26/2001 | 2079 | EDWARDS, MELTON, ELLIS, KOSHIW & CO, PC | 44,416.00 |
| 12/13/2001 | 1188 | MEYER, KIRK, SNYDER & | 1,744.84 |
| | | TOTAL | $754,556.64 |

25

ABEN E. & JOAN G. JOHNSON
S.S.N. 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
2002 FORM 1040

EXHIBIT 1

2002 ADDITIONAL EXPENSES INCURRED RE:THEFT LOSS
(AS ORIGINALLY REPORTED ON A 1998 FORM 1040X)

| DATE | CHECK NUMBER | PAYEE | AMOUNT |
|---|---|---|---|
| 1/11/2002 | 2082 | MEYER, KIRK, SNYDER & | 5,053.36 |
| 1/30/2002 | 2084 | S&B / MICHAELSON & CO. | 220.00 |
| 1/30/2002 | 2086 | S&B / MCSORLEY | 21605.23 |
| 2/2/2002 | 2087 | S&B / VERPLOEGO & LUM | 137.15 |
| 2/7/2002 | 2088 | S&B / VERPLOEGO & LUM | 7,273.64 |
| 2/23/2002 | 2091 | MEYER, KIRK, SNYDER & | 898.17 |
| 2/27/2002 | 2094 | S&B / MCSORLEY | 41,681.92 |
| 3/11/2002 | 2096 | MCKINNEY, BANCROFT | 49,764.73 |
| 3/11/2002 | 2097 | MICHAELSON & CO. | 10,216.53 |
| 3/21/2002 | 2098 | MEYER, KIRK, SNYDER & | 3,357.24 |
| 3/21/2002 | 2099 | S&B / MCSORLEY | 34,660.71 |
| 4/4/2002 | 2102 | S&B / KEVORKIAN & PARTN | 16,109.51 |
| 4/16/2002 | 2106 | MEYER, KIRK, SNYDER & | 644.84 |
| 4/16/2002 | 2108 | S&B / MCSORLEY | 22,889.14 |
| 4/27/2002 | 2109 | S&B / MICHAELSON & CO. | 277.50 |
| 4/27/2002 | 2110 | S&B / VERPLOEGO & LUM | 1,919.34 |
| 5/11/2002 | 2113 | MEYER, KIRK, SNYDER & | 4,079.30 |
| 5/11/2002 | 2114 | EDWARDS, MELTON, ELLIS, KOSHIW & CO, PC | 17,474.00 |
| 5/20/2002 | 2118 | S&B / VERPLOEGO & LUM | 1,885.35 |
| 5/29/2002 | 2122 | S&B / MCSORLEY | 29,268.50 |
| 6/1/2002 | 2125 | S&B / KEVORKIAN & PARTN | 27,641.08 |
| 6/1/2002 | 2127 | S&B / MCSORLEY | 674.42 |
| 6/17/2002 | 2128 | MEYER, KIRK, SNYDER & | 358.00 |
| 6/20/2002 | 2129 | S&B / VERPLOEGO & LUM | 398.78 |
| 6/24/2002 | 2131 | S&B / MCSORLEY | 34,159.94 |
| 7/22/2002 | 2133 | S&B / MCSORLEY | 16,129.80 |
| 8/1/2002 | 2134 | EDWARDS, MELTON, ELLIS, KOSHIW & CO, PC | 22,417.00 |
| 8/14/2002 | 2135 | S&B / KEVORKIAN & PARTN | 21,548.83 |
| 8/17/2002 | 2136 | S&B / MCSORLEY | 22,712.60 |
| 8/19/2002 | 2138 | MEYER, KIRK, SNYDER & | 148.00 |
| 9/13/2002 | 2142 | S&B / MICHAELSON & CO. | 4,450.00 |
| 9/13/2002 | 2143 | MEYER, KIRK, SNYDER & | 306.00 |
| 9/18/2002 | 2146 | S&B / KEVORKIAN & PARTN | 6,276.19 |
| 9/23/2002 | 2148 | S&B / MCSORLEY | 50,735.63 |
| 10/6/2002 | 2150 | S&B / VERPLOEGO & LUM | 753.08 |
| 10/6/2002 | 2151 | S&B / SCHWARTZ, COOPER | 662.26 |
| 10/9/2002 | 2152 | S&B / ROBERT SHALHOUB | 5,482.56 |
| 10/11/2002 | 2155 | S&B / MCSORLEY | 29,459.60 |
| 10/14/2002 | 2153 | MEYER, KIRK, SNYDER & | 162.00 |
| 11/12/2002 | 2157 | EDWARDS, MELTON, ELLIS, KOSHIW & CO, PC | 9,662.00 |

(56)

| | | |
|---|---|---|
| 11/12/2002 | 2158 MEYER, KIRK, SNYDER & | 900.00 |
| 11/18/2002 | 2160 S&B / MICHAELSON & CO. | 3,517.50 |
| 11/18/2002 | 2161 S&B / MCSORLEY | 27,111.55 |
| 12/4/2002 | 2165 S&B / VERPLOEGO & LUM | 328.50 |
| 12/14/2002 | 2169 MEYER, KIRK, SNYDER & | 1,852.00 |
| 12/19/2002 | 2170 S&B / KEVORKIAN & PARTN | 4,339.39 |
| 12/22/2002 | 2171 S&B / MCSORLEY | 9,393.13 |
| | TOTAL | $570,996.00 |

(21)

Form 8275 (Rev. May 2001)
Department of the Treasury Internal Revenue Service

# Disclosure Statement

Do not use this form to disclose items or positions that are contrary to Treasury regulations. Instead, use Form 8275-R, Regulation Disclosure Statement.
See separate instructions.
▶ Attach to your tax return.

OMB No. 1545-0889
Attachment Sequence No. 92

Name(s) shown on return: ABEN E. & JOAN G. JOHNSON
Identifying no. shown on return: 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

**Part I** General Information (See instructions)

| | (a) Rev. Rul., Rev. Proc., etc. | (b) Item or Group of Items | (c) Detailed Description of Items | (d) Form or Schedule | (e) Line No. | (f) Amount |
|---|---|---|---|---|---|---|
| 1 | NONE | | SEE STATEMENT BELOW<br>THEFT DEDUCTION | 1040X | 2B | 70,694,395 |
| 2 | | | | | | |
| 3 | | | | | | |

**Part II** Detailed Explanation (See instructions)

1 A CLAIM FOR REFUND (FORM 1040X) FOR 1997, 1998, 1999, 2000 AND 2001 HAVE BEEN FILED CLAIMING THE SAME THEFT LOSS SHOWN ON THE 2002 CLAIM WITH SLIGHTLY DIFFERENT AMOUNTS BECAUSE OF ADDITIONAL COSTS OF RECOVERY AND
2 DIFFERENT APPRAISED VALUES OF THE GEMS AT EACH YEAR-END. THE FIVE RETURNS FOR 1997-2001 HAVE BEEN PREVIOUSLY FILED AND THE TAXPAYERS DO NOT CLAIM THAT THEY ARE ENTITLED TO ANY DUPLICATED DEDUCTIONS THAT APPEAR ON ALL THE
3 RETURNS, BUT THEY DO CLAIM THAT THEY ARE ENTITLED TO A THEFT LOSS IN ONE OF THE SIX YEARS. ALSO, SEE EITHER 1997, 1998, 1999, 2000, 2001 OR 2002 FORM 1040X FOR AN EXTENSION OF THE DUPLICATION OF CERTAIN AMOUNTS FOR (CONT..)

**Part III** Information About Pass-Through Entity. To be completed by partners, shareholders, beneficiaries, or residual interest holders.

Complete this part only if you are making adequate disclosure for a pass-through item.

Note: A pass-through entity is a partnership, S corporation, estate, trust, regulated investment company (RIC), real estate investment trust (REIT), or real estate mortgage investment conduit (REMIC).

1 Name, address, and ZIP code of pass-through entity

2 Identifying number of pass-through entity

3 Tax year of pass-through entity
to

4 Internal Revenue Service Center where the pass-through entity filed its return

For Paperwork Reduction Act Notice, see separate instructions. Form 8275 (Rev. 5-2001)

DAA

ABEN E. & JOAN G. JOHN | 73-24-4331

Form 8275 (Rev. 5-2001) Page 2

**Part IV** Explanations (continued from Parts I and/or II)

1994 AND 1995 (CURRENTLY IN LITIGATION IN THE COURT OF FEDERAL CLAIMS AS ABEN E. AND JOAN JOHNSON VS. THE UNITED STATES OF AMERICA.)

Form 8275 (Rev. 5-2001)

DAA

(29)

Form **1040X** (Rev. November 2005)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0074

This return is for calendar year ▶ 1997 , or fiscal year ended ▶

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ABEN E. | JOHNSON | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| JOAN G. | JOHNSON | 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 4360 DOUBLES ALLEY DR UNIT #104 | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: VERO BEACH FL 32967 | | For Paperwork Reduction Act Notice, see page 6. |

A If the address shown above is different from that shown on your last return filed with the IRS and you would like us to change it, check here ▶ ☒

B Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2 of the instructions.

| Use Part II on the back to explain any changes | | A. Original amount or as previously adjusted (see page 3) | B. Net change—amount of increase or (decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see instructions)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 148,441,551 | (67,965,437) | 80,476,114 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 2,075,007 | 2,038,964 | 4,113,971 |
| 3 Subtract line 2 from line 1 | 3 | 146,366,544 | (70,004,401) | 76,362,143 |
| 4 Exemptions. If changing, fill in Parts I and II on the back (see page 3) | 4 | | 0 | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 146,366,544 | (70,004,401) | 76,362,143 |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C SCH D WKST | 6 | 41,833,232 | (20,457,181) | 21,376,051 |
| 7 Credits (see page 4) | 7 | | 0 | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 41,833,232 | (20,457,181) | 21,376,051 |
| 9 Other taxes (see page 4) | 9 | | 968,909 | 968,909 |
| 10 Total tax. Add lines 8 and 9 | 10 | 41,833,232 | (19,488,272) | 22,344,960 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | | 0 | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 3,700,000 | 0 | 3,700,000 |
| 13 Earned income credit (EIC) | 13 | | 0 | |
| 14 Additional child tax credit from Form 8812 | 14 | | 0 | |
| 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | 0 | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | 38,500,000 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 42,200,000 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 366,768 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 41,833,232 |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 19,488,272 |
| 23 Amount of line 22 you want **refunded to you** | 23 | | | 19,488,272 |
| 24 Amount of line 22 you want **applied to your** estimated tax | 24 | | | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature Date ▶ Spouse's signature. If a joint return, both must sign. Date

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN P00009633 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | EDWARDS MELTON ELLIS KOSHIW & CO PC | | EIN 38-2337970 |
| | 2155 BUTTERFIELD #305A, TROY MI 48084 | | Phone no. 248-643-4545 |

Form **1040X** (Rev 11-2005)

ISA
STF FED3171F.1

Form 1040X (Rev. 11-2005) Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

Complete this part **only** if you are:
- increasing or decreasing the number of exemptions claimed on line 6d of the return you are amending, or
- increasing or decreasing the exemption amount for housing individuals displaced by Hurricane Katrina.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse. **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |
| 31 | If you are claiming an exemption amount for housing individuals displaced by Hurricane Katrina, enter the amount from Form 8914, line 2 (see instructions for line 4) | 31 | | | |
| 32 | Add lines 30 and 31. Enter the result here and on line 4 | 32 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2005 | $3,200 | $109,475 |
| 2004 | 3,100 | 107,025 |
| 2003 | 3,050 | 104,625 |
| 2002 | 3,000 | 103,000 |

33 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of children on 33 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on 33 not entered above ▶ ☐

**Part II** Explanation of Changes

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ▶ ☒

SEE ATTACHED EXPLANATION ON PAGE 21.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

Form **1040X** (Rev. 11-2005)

STF FED3171F 2

2

ABEN E. & JOAN G. JOHNSON 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

Form 1045 (2002) Page 2

## Schedule A-NOL. See page 5 of the instructions.

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income from your 2002 Form 1040, line 36. Estates and trusts, skip lines 1 and 2 | 1 | 2,743,700 |
| 2 | Deductions: | | |
| a | Enter the amount from your 2002 Form 1040, line 38 | 2a | 70,712,137 |
| b | Enter your deduction for exemptions from your 2002 Form 1040, line 40 | 2b | |
| c | Add lines 2a and 2b | 2c | 70,712,137 |
| 3 | Subtract line 2c from line 1. Estates and trusts, enter taxable income increased by the sum of the charitable deduction and income distribution deduction | 3 | -67,968,437 |
| | **Note:** If line 3 is zero or more, do not complete the rest of the schedule. You do not have an NOL. | | |
| 4 | Deduction for exemptions from line 2b above. Estates and trusts, enter the exemption amount from tax return | 4 | |
| 5 | Total nonbusiness capital losses before limitation. Enter as a positive number | 5 | 292,058 |
| 6 | Total nonbusiness capital gains (without regard to any section 1202 exclusion) | 6 | 3,562 |
| 7 | If line 5 is more than line 6, enter the difference; otherwise, enter -0- | 7 | 288,496 |
| 8 | If line 6 is more than line 5, enter the difference; otherwise, enter -0- | 8 | |
| 9 | Nonbusiness deductions. See page 5 of the instructions | 9 | 17,742 |
| 10 | Nonbusiness income other than capital gains. See page 5 of the instructions | 10 | 2,746,700 |
| 11 | Add lines 8 and 10 | 11 | 2,746,700 |
| 12 | If line 9 is more than line 11, enter the difference; otherwise, enter -0- | 12 | |
| 13 | If line 11 is more than line 9, enter the difference; otherwise, enter -0-. But do not enter more than line 8 | 13 | |
| 14 | Total business capital losses before limitation. Enter as a positive number | 14 | |
| 15 | Total business capital gains (without regard to any section 1202 exclusion) | 15 | |
| 16 | Add lines 13 and 15 | 16 | |
| 17 | Subtract line 16 from line 14. If zero or less, enter -0- | 17 | 0 |
| 18 | Add lines 7 and 17 | 18 | 288,496 |
| 19 | Enter the loss, if any, from line 17 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 16, column (3), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line (and do not have a section 1202 exclusion), skip lines 19 through 24 and enter on line 25 the amount from line 18 | 19 | 288,496 |
| 20 | Section 1202 exclusion. Enter as a positive number | 20 | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | 21 | 288,496 |
| 22 | Enter the loss, if any, from line 18 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 17 of Schedule D (Form 1041).) Enter as a positive number | 22 | 3,000 |
| 23 | If line 21 is more than line 22, enter the difference; otherwise, enter -0- | 23 | 285,496 |
| 24 | If line 22 is more than line 21, enter the difference; otherwise, enter -0- | 24 | |
| 25 | Subtract line 23 from line 18. If zero or less, enter -0- | 25 | 3,000 |
| 26 | NOL deduction for losses from other years. Enter as a positive number | 26 | |
| 27 | NOL. Combine lines 3, 4, 12, 20, 24, 25, and 26. If the result is less than zero, enter it here and on page 1, line 1a. If the result is zero or more, you do not have an NOL | 27 | -67,965,437 |

Form 1045 (2002)

DAA

(3)

ABEN E. & JOAN G. JOHNSON 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

Form 1045 (2002) Page 3

**Schedule B-NOL Carryover.** See page 6 of the instructions.

| Complete one column before going to the next column. Start with the earliest carryback year. | ______ preceding tax year ended ▶ | | 5TH preceding tax year ended ▶ 12/31/97 | | 4TH preceding tax year ended ▶ 12/31/98 | |
|---|---|---|---|---|---|---|
| 1 **NOL ded.** Enter as a positive no. See page 6 of the instr. | | | | 67965437 | | |
| 2 Taxable income before 2002 NOL carryback. Estates and trusts, increase this amount by the sum of the charitable deduction and income distribution deduction. See page 6 of the instructions | | | 146366544 | | 3,614,481 | |
| 3 Net capital loss deduction. See page 6 of the instructions | | | | | | |
| 4 Section 1202 exclusion. Enter as a positive number | | | | | | |
| 5 Adjustments to adjusted gross income. See page 6 of the instructions | | | | | | |
| 6 Adjustment to itemized deductions. See page 6 of the instructions | | | | | | |
| 7 Deduction for exemptions. Estates and trusts, enter exemption amount | | | | | | |
| 8 Modified taxable income. Combine lines 2 through 7. If zero or less, enter -0- | | | | 146366544 | | 3,614,481 |
| 9 **NOL carryover.** Subtract line 8 from line 1. If zero or less enter -0-. See page 7 of the instructions | | | | 0 | | 0 |
| **Adjustment to Itemized Deductions (Individuals Only)** Complete lines 10 through 34 for the carryback year(s) for which you itemized deductions only if line 3 or line 4 above is more than zero. | | | | | | |
| 10 Adjusted gross income before 2002 NOL carryback | | | 148441551 | | | |
| 11 Add lines 3 through 5 above | | | | | | |
| 12 Modified adjusted gross income. Add lines 10 and 11 | | | 148441551 | | | |
| 13 Medical expenses from Sch. A (Form 1040), line 4 (or as previously adjusted) | | | | | | |
| 14 Medical expenses from Sch. A (Form 1040), line 1 (or as previously adjusted) | | | | | | |
| 15 Multiply line 12 by 7.5% (.075) | | | | | | |
| 16 Subtract line 15 from line 14. If zero or less, enter -0- | | | 0 | | | |
| 17 Subtract line 16 from line 13 | | | | | | |

DAA Form 1045 (2002)

ABEN E. & JOAN G. JOHNSON 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

Form 1045 (2002) Page 4

## Schedule B-NOL Carryover (Continued)

| Complete one column before going to the next column. Start with the earliest carryback year | ____ preceding tax year ended ▶ | 5TH preceding tax year ended ▶ 12/31/97 | 4TH preceding tax year ended ▶ 12/31/98 |
|---|---|---|---|
| 18 Modified adjusted gross income from line 12 on page 3 | | 148441551 | |
| 19 Enter as a positive no. any NOL carryback from a year before 2002 that was deducted to figure line 10 on page 3 | | | |
| 20 Add lines 18 and 19 | | 148441551 | |
| 21 Charitable contributions from Sch. A (Form 1040), line 18 (line 16 for 1992-93) (or as previously adjusted) | | 27,631 | |
| 22 Refigured charitable contributions. See page 7 of the instructions | | 27,631 | |
| 23 Subtract line 22 from line 21 | | | |
| 24 Casualty and theft losses from Form 4684, line 18 (or as previously adjusted) | | | |
| 25 Casualty and theft losses from Form 4684, line 16 (or as previously adjusted) | | | |
| 26 Multiply line 18 by 10% (.10) | | | |
| 27 Subtract line 26 from line 25. If zero or less, enter -0- | | 0 | |
| 28 Subtract line 27 from line 24 | | | |
| 29 Miscellaneous itemized deductions from Sch. A (Form 1040), line 26 (line 24 for 1992-93) (or as previously adjusted) | | | |
| 30 Miscellaneous itemized deductions from Sch. A (Form 1040), line 23 (line 21 for 1992-93) (or as previously adjusted) | | 9,947 | |
| 31 Multiply line 18 by 2% (.02) | | 2,968,831 | |
| 32 Subtract line 31 from line 30. If zero or less, enter -0- | | 0 | |
| 33 Subtract line 32 from line 29 | | | |
| 34 Complete the worksheet on page 8 of the instructions if line 18 is more than the applicable amount shown below (more than one-half that amount if married filing separately for that year). • $105,250 for 1992. • $108,450 for 1993. • $111,800 for 1994. • $114,700 for 1995. • $117,950 for 1996. • $121,200 for 1997. • $124,500 for 1998. • $126,600 for 1999. • $128,950 for 2000. • $132,950 for 2001. Otherwise, combine lines 17, 23, 28, and 33; enter the result here and on line 6 (page 3) | | | |

DAA Form 1045 (2002)

Form **1045** | **Itemized Deductions Limitation Worksheet** | **2002**

Name: ABEN E. & JOAN G. JOHNSON

Taxpayer Identification Number: 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

| Line | Description | | 1997 | |
|---|---|---|---|---|
| | Enter applicable carryback year ▶ | | 1997 | |
| 1. | Add the amounts from Form 1045, Schedule B, lines 16, 22, 27, and 32, and the amounts from Schedule A (Form 1040), lines 9, 14, and 27* (lines 9, 14, 27, and 28 for 1994; lines 8, 12, 18, and 25 for 1991-93) (or as previously adjusted) | | 6,524,618 | |
| 2. | Add the amounts from Form 1045, Schedule B, lines 16 and 27; Schedule A (Form 1040), line 13* (line 11 for 1992-93), and any gambling losses included on Schedule A (Form 1040), line 27* (line 28 for 1994; line 25 for 1992-93) (or as previously adjusted) | | 150,891 | |
| 3. | Subtract line 2 from line 1. If the result is zero or less, **stop** here; combine the amounts from Form 1045, Sch. B, lines 17, 23, 28, and 33, and enter the result on line 34 and line 6 of Form 1045, Schedule B | | 6,373,727 | |
| 4. | Multiply line 3 by 80% (.80) | | 5,098,982 | |
| 5. | Enter the amount from Form 1045, Schedule B, line 18 | | 148441551 | |
| 6. | Enter: • $105,250 for 1992 ($52,625 if married filing separately); • $108,450 for 1993 ($54,225 if married filing separately); • $111,800 for 1994 ($55,900 if married filing separately); • $114,700 for 1995 ($57,350 if married filing separately); • $117,950 for 1996 ($58,975 if married filing separately); • $121,200 for 1997 ($60,600 if married filing separately); • $124,500 for 1998 ($62,250 if married filing separately); • $126,600 for 1999 ($63,300 if married filing separately); • $128,950 for 2000 ($64,475 if married filing separately); • $132,950 for 2001 ($66,475 if married filing separately); ▶ | | 121,200 | |
| 7. | Subtract line 6 from line 5 | | 148320351 | |
| 8. | Multiply line 7 by 3% (.03) | | 4,449,611 | |
| 9. | Enter the smaller of ln. 4 or ln. 8 | | 4,449,611 | |
| 10. | Subtract line 9 from line 1 | | 2,075,007 | |
| 11. | Total itemized deductions from Schedule A (Form 1040), line 28* (line 29 for 1994; line 26 for 1991-93) (or as previously adjusted) | | 2,075,007 | |
| 12. | Subtract line 10 from line 11. Enter the difference here and on line 6 of Form 1045, Sch. B | | | |

* If you filed Form 1040-T in 1995, use the amounts from the appropriate lines.

DAA

(6)

Form **1040X** (Rev. November 2002)

Department of the Treasury-Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 2002, or fiscal year ended ▶

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ABEN E. | JOHNSON | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| JOAN G. | JOHNSON | 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 4360 DOUBLES ALLEY DR UNIT #104 | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions: VERO BEACH FL 32967 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☒

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household * ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

Use Part II on the back to explain any changes

| Income and Deductions (see pages 2-6) | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 2,743,700 | | 2,743,700 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 17,742 | 70,694,395 | 70,712,137 |
| 3 Subtract line 2 from line 1 | 3 | 2,725,958 | -70,694,395 | -67,968,437 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 2,725,958 | -2,725,958 | |
| **Tax Liability** | | | | |
| 6 Tax (see pg. 4). Method used in col. C TABLES | 6 | 1,022,979 | -1,022,979 | |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 1,022,979 | -1,022,979 | 0 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 1,022,979 | -1,022,979 | |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 900,000 | | 900,000 |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 220,404 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 1,120,404 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 97,425 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 1,022,979 |
| 21 Amount you owe. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 1,022,979 |
| 23 Amount of line 22 you want refunded to you | 23 | | | 1,022,979 |
| 24 Amount of line 22 you want applied to your estimated tax | 24 | | | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature ____ Date ____ ▶ Spouse's signature. If a joint return, both must sign. ____ Date ____

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN P00009633 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | EDWARDS, MELTON, ELLIS, KOSHIW, & CO. 2155 BUTTERFIELD DR. STE 305A TROY MI 48084-3450 | | EIN 38-2337970 Phone no. 248-643-4545 |

DAA

ATTACHMENT ONLY - DO NOT PROCESS

Form 1040X (Rev. 11-2002)

(1)

ABEN E. & JOAN G. JOHNSON 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

Form 1040X (Rev. 11-2002) Page 2

**Part I Exemptions.** See Form 1040 or 1040A instructions.

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 25-31.
If claiming fewer exemptions, complete lines 25-30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse. Caution. If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here & on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2002 | $3,000 | $103,000 |
| 2001 | 2,900 | 99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on line 31 who:
- lived with you ▶
- did not live with you due to divorce or separation (see page 5) ▶

Dependents on line 31 not entered above ▶

**Part II Explanation of Changes to Income, Deductions, and Credits**

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ▶ ☐

TAXPAYERS ARE AMENDING THEIR 2002 TAX RETURN TO CLAIM AN ADDITIONAL THEFT LOSS OF INCOME PRODUCING PROPERTY OF $70,694,395 IN THE EVENT A DETERMINATION IS MADE THAT 2002 IS THE PROPER YEAR TO DEDUCT THE THEFT LOSS.

SEE STATEMENT 1 FOR FURTHER EXPLANATION.

**Part III Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

Form 1040X (Rev. 11-2002)

ATTACHMENT ONLY - DO NOT PROCESS

DAA

8

**SCHEDULES A&B** (Form 1040)
Department of the Treasury Internal Revenue Service (99)

# Schedule A-Itemized Deductions

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
2002
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON
Your social security number: 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

| Section | Line | Description | Line no. | Amount | Line no. | Amount |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | 1,296 | | |
| | 2 | Enter amt. from Form 1040, ln. 36 [2] 2,743,700 | | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 205,778 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-2.) | 5 | State and local income taxes | 5 | 3,896 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 38,637 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 42,533 |
| Interest You Paid (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | |
| Gifts to Charity (If you made a gift and got a benefit for it, see page A-4.) | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 46,175 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You must attach Form 8283 if over $500 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 46,175 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ SAFE DEPOSIT BOX | 22 | 410 | | |
| | 23 | Add lines 20 through 22 | 23 | 410 | | |
| | 24 | Enter amt. from Form 1040, ln. 36 [24] 2,743,700 | | | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | 54,874 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other-from list on page A-6. List type and amount ▶ FORM 4684, LINE 38B | | | 27 | 70,694,395 |
| Total Itemized Deductions | 28 | Is Form 1040, line 36, over $137,300 (over $68,650 if married filing separately)? * ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 38. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 70,712,137 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 2002

ATTACHMENT ONLY - DO NOT PROCESS

DAA

* (9)

SCHEDULE D
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 to list additional transactions for lines 1 and 8.

OMB No. 1545-0074
2002
Attachment Sequence No. 12

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON
Your social security number: 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

## Part I Short-Term Capital Gains and Losses-Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5 of the instructions) | (e) Cost or other basis (see page D-5 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 | 2 | | |
| 3 Total short-term sales price amounts. Add lines 1 and 2 in column (d) | 3 | | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | 4 | | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 5 | | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 2001 Capital Loss Carryover Worksheet | 6 | | (182,706) |
| 7 Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) | 7 | | -182,706 |

## Part II Long-Term Capital Gains and Losses-Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5 of the instructions) | (e) Cost or other basis (see page D-5 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) | (g) 28% rate gain or (loss) * (see instr. below) |
|---|---|---|---|---|---|---|
| 8 PENNZOIL-QUAKER STATE CO | 1/15/88 | 10/02/02 | 3,564 | 2,592 | 972 | |
| FEDERAL MOGUL CORP GLOBAL NOTES | VARIOUS | 7/18/02 | 2,383 | 2,383 | | |
| FEDERAL MOGUL CORP GLOBAL NOTES | VARIOUS | 10/21/02 | 2,383 | 2,383 | | |
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 | 9 | | | |
| 10 Total long-term sales price amounts. Add lines 8 and 9 in column (d) | 10 | 8,330 | | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | 11 | | 2,568 | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | | | |
| 13 Capital gain distributions. See page D-1 of the instructions | 13 | | 22 | |
| 14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 2001 Capital Loss Carryover Worksheet | 14 | | (109,352) | (109,352) |
| 15 Combine lines 8 through 14 in column (g) | 15 | | | -109,352 |
| 16 Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f) | 16 | | -105,790 | |

Next: Go to Part III on the back.

* 28% rate gain or loss includes all "collectibles gains and losses" (as defined on page D-6 of the instructions) and up to 50% of the eligible gain on qualified small business stock (see page D-4 of the instructions).

For Paperwork Reduction Act Notice, see Form 1040 instructions. Schedule D (Form 1040) 2002

DAA

ATTACHMENT ONLY - DO NOT PROCESS

(10)

ABEN E. & JOAN G. JOHNSO. 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

Schedule D (Form 1040) 2002 Page 2

**Part III Taxable Gain or Deductible Loss**

17 Combine lines 7 and 16 and enter the result. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13, and complete Form 1040 through line 41 ..... 17 -288,496

Next: • If both lines 16 and 17 are gains and Form 1040, line 41, is more than zero, complete Part IV below.
• Otherwise, skip the rest of Schedule D and complete Form 1040.

18 If line 17 is a loss, enter here and on Form 1040, line 13, the **smaller** of (a) that loss or (b) ($3,000) (or, if married filing separately, ($1,500)). Then complete Form 1040 through line 39 ..... 18 ( 3,000)

Next: • If the loss on line 17 is more than the loss on line 18 or if Form 1040, line 39, is less than zero, skip Part IV below and complete the **Capital Loss Carryover Worksheet** on page D-6 of the instructions before completing the rest of Form 1040.
• Otherwise, skip Part IV below and complete the rest of Form 1040.

**Part IV Tax Computation Using Maximum Capital Gains Rates**

19 Enter your unrecaptured section 1250 gain, if any, from line 17 of the worksheet on page D-7 of the instructions ..... 19

**If line 15 or line 19 is more than zero, complete the worksheet on page D-9 of the instructions to figure the amount to enter on lines 22, 29, and 40 below, and skip all other lines below. Otherwise, go to line 20.**

20 Enter your taxable income from Form 1040, line 41 ..... 20
21 Enter the **smaller** of line 16 or line 17 of Schedule D ..... 21
22 If you are deducting investment interest expense on Form 4952, enter the amount from Form 4952, line 4e. Otherwise, enter -0- ..... 22
23 Subtract line 22 from line 21. If zero or less, enter -0- ..... 23
24 Subtract line 23 from line 20. If zero or less, enter -0- ..... 24
25 Figure the tax on the amount on line 24. Use the Tax Table or Tax Rate Schedules, whichever applies ..... 25
26 Enter the **smaller** of:
• The amount on line 20 or
• $46,700 if married filing jointly or qualifying widow(er);
$27,950 if single;
$37,450 if head of household; or
$23,350 if married filing separately ..... 26

**If line 26 is greater than line 24, go to line 27. Otherwise, skip lines 27 through 33 and go to line 34.**

27 Enter the amount from line 24 ..... 27
28 Subtract line 27 from line 26. If zero or less, enter -0- and go to line 34 ..... 28
29 Enter your qualified 5-year gain, if any, from line 8 of the worksheet on page D-8 ..... 29
30 Enter the **smaller** of line 28 or line 29 ..... 30
31 Multiply line 30 by 8% (.08) ..... 31
32 Subtract line 30 from line 28 ..... 32
33 Multiply line 32 by 10% (.10) ..... 33

**If the amounts on lines 23 and 28 are the same, skip lines 34 through 37 and go to line 38.**

34 Enter the **smaller** of line 20 or line 23 ..... 34
35 Enter the amount from line 28 (if line 28 is blank, enter -0-) ..... 35
36 Subtract line 35 from line 34 ..... 36
37 Multiply line 36 by 20% (.20) ..... 37
38 Add lines 25, 31, 33, and 37 ..... 38
39 Figure the tax on the amount on line 20. Use the Tax Table or Tax Rate Schedules, whichever applies ..... 39
40 **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 38 or line 39 here and on Form 1040, line 42 ..... 40

IAA

ATTACHMENT ONLY - DO NOT PROCESS

**Schedule D (Form 1040) 2002**

(11)

Form 6251

Department of the Treasury Internal Revenue Service (99)

# Alternative Minimum Tax-Individuals

▶ See separate instructions.

▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0227

1997

Attachment Sequence No. 32

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

## Part I Adjustments and Preferences

| Line | Description | No. | Amount |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 35, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2 1/2% of Form 1040, line 33 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 6,305,053 ✓ |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | (372,289) ✓ |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | -8,395 ✓ |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | -100,899 ✓ |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | 11 | |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | 2,210 ✓ |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | 14 | |

| | | | |
|---|---|---|---|
| a Charitable contributions | | h Loss limitations | |
| b Circulation expenditures | | i Mining costs | |
| c Depletion | | j Patron's adjustment | |
| d Depreciation (pre-1987) | | k Pollution control facilities | |
| e Installment sales | | l Research and experimental | |
| f Intangible drilling costs | | m Tax shelter farm activities | |
| g Long-term contracts | | n Related adjustments | |

| Line | Description | No. | Amount |
|---|---|---|---|
| 15 | Total Adjustments and Preferences. Combine lines 1 through 14 ▶ | 15 | 5,825,680 |

## Part II Alternative Minimum Taxable Income

| Line | Description | No. | Amount |
|---|---|---|---|
| 16 | Enter the amount from Form 1040, line 36. If less than zero, enter as a (loss) ▶ | 16 | 146,366,544 |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | |
| 18 | If Form 1040, line 33, is over $121,200 (over $60,600 if married filing separately), and you itemized deductions enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | (4,449,611) |
| 19 | Combine lines 15 through 18 ▶ | 19 | 147,742,613 |
| 20 | Alternative tax net operating loss deduction. See page 5 of the instructions | 20 | |
| 21 | Alternative Minimum Taxable Income. Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see page 5 of the instructions.) ▶ | 21 | 147,742,613 |

## Part III Exemption Amount and Alternative Minimum Tax

22 Exemption Amount. (If this form is for a child under age 14, see page 6 of the instructions.)

| IF your filing status is ... | AND line 21 is not over ... | THEN enter on line 22 ... |
|---|---|---|
| Single or head of household | $ 112,500 | $ 33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is over the amount shown above for your filing status, see page 6 of the instructions. ▶ 22 — 0

| Line | Description | No. | Amount |
|---|---|---|---|
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▶ | 23 | 147,742,613 |
| 24 | If you completed Schedule D (Form 1040), and had an amount on line 25 or line 27 (as refigured for the AMT, if necessary), go to Part IV of Form 6251 to figure line 24. All others: If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ▶ | 24 | 41,364,432 |
| 25 | Alternative minimum tax foreign tax credit. See page 7 of the instructions | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ▶ | 26 | 41,364,432 |
| 27 | Enter your tax from Form 1040, line 39 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 43) | 27 | 41,833,232 |
| 28 | Alternative Minimum Tax. (If this form is for a child under age 14, see page 7 of the instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 48 ▶ | 28 | 0 |

Paperwork Reduction Act Notice, see separate instructions.

AS PREVIOUSLY FILED

Form 6251 (1997)

Form **6251** Department of the Treasury Internal Revenue Service (99)

# Alternative Minimum Tax—Individuals

► See separate instructions.

► Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0227 **1997** Attachment Sequence No. 32

Name(s) shown on Form 1040: ABEN E. AND JOAN G. JOHNSON

Your social security number: 373 24 4331

## Part I Adjustments and Preferences

| | | | |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 35, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2½% of Form 1040, line 33 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 6,305,053 |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | ( 372,289 ) |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | -8,395 |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | -100,899 |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | 11 | |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | 2,210 |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | | |
| | a Charitable contributions ___ h Loss limitations ___ | | |
| | b Circulation expenditures ___ i Mining costs ___ | | |
| | c Depletion ___ j Patron's adjustment ___ | | |
| | d Depreciation (pre-1987) ___ k Pollution control facilities ___ | | |
| | e Installment sales ___ l Research and experimental ___ | | |
| | f Intangible drilling costs ___ m Tax shelter farm activities ___ | | |
| | g Long-term contracts ___ n Related adjustments ___ | 14 | |
| 15 | **Total Adjustments and Preferences.** Combine lines 1 through 14 ► | 15 | 5,825,680 |

## Part II Alternative Minimum Taxable Income

| | | | |
|---|---|---|---|
| 16 | Enter the amount from **Form 1040, line 36.** If less than zero, enter as a (loss) ► | 16 | 76,362,143 |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | 67,965,437 |
| 18 | If Form 1040, line 33, is over $121,200 (over $60,600 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | ( 2,410,647 ) |
| 19 | Combine lines 15 through 18 ► | 19 | 147,742,613 |
| 20 | Alternative tax net operating loss deduction. See page 5 of the instructions | 20 | 67,926,684 |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see page 5 of the instructions.) ► | 21 | 79,815,929 |

## Part III Exemption Amount and Alternative Minimum Tax

22 **Exemption Amount.** (If this form is for a child under age 14, see page 6 of the instructions.)

| **IF your filing status is . . .** | **AND line 21 is not over . . .** | **THEN enter on line 22 . . .** |
|---|---|---|
| Single or head of household | $112,500 | $33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is over the amount shown above for your filing status, see page 6 of the instructions. — 22: 

| | | | |
|---|---|---|---|
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ► | 23 | 79,815,929 |
| 24 | If you completed Schedule D (Form 1040), and had an amount on line 25 or line 27 (as refigured for the AMT, if necessary), go to Part IV of Form 6251 to figure line 24. **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ► | 24 | 22,344,960 |
| 25 | Alternative minimum tax foreign tax credit. See page 7 of the instructions | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ► | 26 | 22,344,960 |
| 27 | Enter your tax from Form 1040, line 39 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 43) | 27 | 21,376,051 |
| 28 | **Alternative Minimum Tax.** (If this form is for a child under age 14, see page 7 of the instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 48 ► | 28 | 968,909 |

**For Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 13600G Form **6251** (1997)

(13)

Form 6251 (1997) Page 2

**Part IV** Line 24 Computation Using Maximum Capital Gains Rates

| | | | | | |
|---|---|---|---|---|---|
| 29 | Enter the amount from line 23 | | | 29 | 79,815,929 |
| 30 | Enter the amount from Schedule D (Form 1040), line 27 (as refigured for the AMT, if necessary) | 30 | | | |
| 31 | Enter the amount from Schedule D (Form 1040), line 25 (as refigured for the AMT, if necessary) | 31 | | | |
| 32 | Add lines 30 and 31 | 32 | | | |
| 33 | Enter the amount from Schedule D (Form 1040), line 22 (as refigured for the AMT, if necessary) | 33 | 138,809,328 | | |
| 34 | Enter the smaller of line 32 or line 33 | | | 34 | |
| 35 | Subtract line 34 from line 29. If zero or less, enter -0- | | | 35 | 79,815,929 |
| 36 | If line 35 is $175,000 or less ($87,500 or less if married filing separately), multiply line 35 by 26% (.26). Otherwise, multiply line 35 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ▶ | | | 36 | 22,344,960 |
| 37 | Enter the amount from Schedule D (Form 1040), line 36 (as figured for the regular tax) | | | 37 | |
| 38 | Enter the smallest of line 29, line 30, or line 37 | | | 38 | |
| 39 | Multiply line 38 by 10% (.10) ▶ | | | 39 | |
| 40 | Enter the smaller of line 29 or line 30 | | | 40 | |
| 41 | Enter the amount from line 38 | | | 41 | |
| 42 | Subtract line 41 from line 40. If zero or less, enter -0- | | | 42 | |
| 43 | Multiply line 42 by 20% (.20) ▶ | | | 43 | |
| 44 | Enter the amount from line 29 | | | 44 | 79,815,929 |
| 45 | Add lines 35, 38, and 42 | | | 45 | 79,815,929 |
| 46 | Subtract line 45 from line 44 | | | 46 | |
| 47 | Multiply line 46 by 25% (.25) ▶ | | | 47 | |
| 48 | Add lines 36, 39, 43, and 47 | | | 48 | 22,344,960 |
| 49 | If line 29 is $175,000 or less ($87,500 or less if married filing separately), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | | 49 | 22,344,960 |
| 50 | Enter the smaller of line 48 or line 49 here and on line 24 ▶ | | | 50 | 22,344,960 |

(14)

SCHEDULE D (Form 1040)

Department of the Treasury Internal Revenue Service

# Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074
1997
Attachment Sequence No. 12

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

## Part I Short-Term Capital Gains and Losses-Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-3) | (e) Cost or other basis (see page D-4) | (f) GAIN or (LOSS) FOR ENTIRE YEAR. Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 | | 2 | | | |
| 3 Total short-term sales price amounts. Add column (d) of lines 1 and 2 | | 3 | | | |
| 4 Short-term gain from Forms 2119 and 6252, and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 9 of your 1996 Capital Loss Carryover Worksheet | | | | 6 | |
| 7 Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) ▶ | | | | 7 | 0 |

## Part II Long-Term Capital Gains and Losses-Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-3) | (e) Cost or other basis (see page D-4) | (f) GAIN or (LOSS) FOR ENTIRE YEAR. Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) *(see instr. below) |
|---|---|---|---|---|---|---|
| 8 US TREASURY NOTE 5.625% AUG 31 97 | | | | | | |
| | 2/20/96 | 9/02/97 | 200,000 | 202,411 | -2,411 | |
| US TREASURY NOTE 6.500% AUG 15 97 | | | | | | |
| | 7/29/96 | 8/15/97 | 1,000,000 | 1,007,817 | -7,817 | -7,817 |
| WXON - TV, INC. | | | | | | |
| | 4/01/69 | 2/28/97 | 71,754,245 | 71,154,014 | 600,231 | 600,231 |
| WXON - TV, INC. | | | | | | |
| | 4/01/69 | 2/28/97 | 71,754,246 | 71,154,015 | 600,231 | 600,231 |
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 | | 9 | 3,457,645 | | 833 | 833 |
| 10 Total long-term sales price amounts. Add column (d) of lines 8 and 9 | | 10 | 148,166,136 | | | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2119, 2439, and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 11 | 66,650 | 98,294 |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 12 | 137,665,999 | 137,665,999 |
| 13 Capital gain distributions | | | | 13 | 47 | 47 |
| 14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 14 of your 1996 Capital Loss Carryover Worksheet | | | | 14 | (111,435) | (111,435) |
| 15 Combine lines 8 through 14 in column (g) | | | | 15 | | 138,846,383 |
| 16 Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f) ▶ | | | | 16 | 138,812,328 | |

*28% Rate Gain or Loss includes all gains and losses in Part II, column (f) from sales, exchanges, or conversions (including installment payments received) either:
- Before May 7, 1997, or
- After July 28, 1997, for assets held more than 1 year but not more than 18 months.

It also includes ALL "collectibles gains and losses" (as defined on page D-4).

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule D (Form 1040) 1997

(15)

'ABEN E. & JOAN G. JOHN_ .N 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

Schedule D (Form 1040) 1997 Page 2

**Part III Summary of Parts I and II**

| | | | |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | 17 | 138,812,328 |
| | Next: Complete Form 1040 through line 38. Then, go to Part IV to figure your tax if: • Both lines 16 and 17 are gains, and • Form 1040, line 38, is more than zero. | | |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the smaller of these losses: • The loss on line 17; or • ($3,000) or, if married filing separately, ($1,500) | 18 | ( ) |
| | Next: Complete Form 1040 through line 36. Then, complete the Capital Loss Carryover Worksheet on page D-4 if: • The loss on line 17 exceeds the loss on line 18, or • Form 1040, line 36, is a loss. | | |

**Part IV Tax Computation Using Maximum Capital Gains Rates**

| | | | | | |
|---|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 38 | | | 19 | 146,366,544 |
| 20 | Enter the smaller of line 16 or line 17 | 20 | 138,812,328 | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | 138,812,328 | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 23 | 138,846,383 | | |
| 24 | Enter the smaller of line 15 or line 23, but not less than zero | 24 | 138,846,383 | | |
| 25 | Enter your unrecaptured section 1250 gain, if any (see page D-4) | 25 | | | |
| 26 | Add lines 24 and 25 | 26 | 138,846,383 | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | 0 |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | 146,366,544 |
| 29 | Enter the smaller of line 19 or $41,200 ($24,650 if single; $20,600 if married filing separately; $33,050 if head of household) | | | 29 | 41,200 |
| 30 | Enter the smaller of line 28 or line 29 | | | 30 | 41,200 |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | | | 31 | 7,554,216 |
| 32 | Enter the larger of line 30 or line 31 | | | 32 | 7,554,216 |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies ▶ | | | 33 | 2,965,780 |
| 34 | Enter the amount from line 29 | | | 34 | 41,200 |
| 35 | Enter the amount from line 28 | | | 35 | 146,366,544 |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- | | | 36 | 0 |
| 37 | Multiply line 36 by 10% (.10) ▶ | | | 37 | 0 |
| 38 | Enter the smaller of line 19 or line 27 | | | 38 | |
| 39 | Enter the amount from line 36 | | | 39 | |
| 40 | Subtract line 39 from line 38. If zero or less, enter -0- | | | 40 | 0 |
| 41 | Multiply line 40 by 20% (.20) ▶ | | | 41 | 0 |
| 42 | Enter the smaller of line 22 or line 25 | | | 42 | |
| 43 | Add lines 22 and 32 | 43 | 146,366,544 | | |
| 44 | Enter the amount from line 19 | 44 | 146,366,544 | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | | | 45 | 0 |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- | | | 46 | 0 |
| 47 | Multiply line 46 by 25% (.25) ▶ | | | 47 | |
| 48 | Enter the amount from line 19 | | | 48 | 146,366,544 |
| 49 | Add lines 32, 36, 40, and 46 | | | 49 | 7,554,216 |
| 50 | Subtract line 49 from line 48 | | | 50 | 138,812,328 |
| 51 | Multiply line 50 by 28% (.28) ▶ | | | 51 | 38,867,452 |
| 52 | Add lines 33, 37, 41, 47, and 51 | | | 52 | 41,833,232 |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | 57,935,462 |
| 54 | Tax. Enter the smaller of line 52 or line 53 here and on Form 1040, line 39 ▶ | | | 54 | 41,833,232 |

DAA

AS PREVIOUSLY FILED

Schedule D-1 (Form 1040) 1997

Attachment Sequence No 12A Page 2

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.

ABEN E. & JOAN G. JOHNSON

Your social security number
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

Part II Long-Term Capital Gains and Losses-Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-3) | (e) Cost or other basis (see page D-4) | (f) GAIN or (LOSS) FOR ENTIRE YEAR. Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) *(see instr. below) |
|---|---|---|---|---|---|---|
| 8 WXON - TV, INC. | | | | | | |
| | 4/01/69 | 2/28/97 | 3,450,645 | 3,449,812 | 833 | 833 |
| HOMEMASTERS CORPORATION | | | | | | |
| | 4/07/94 | 12/31/97 | 3,500 | 3,500 | | |
| LANGARD CORPORATION | | | | | | |
| | 7/29/93 | 12/31/97 | 3,500 | 3,500 | | |
| 9 Totals. Combine columns (d), (f), and (g). Enter here and on Schedule D, line 9 ▶ 9 | | | 3,457,645 | | 833 | 833 |

*28% Rate Gain or Loss includes all gains and losses in Part II, column (f) from sales, exchanges, or conversions (including installment payments received) either:
- Before May 7, 1997, or
- After July 28, 1997, for assets held more than 1 year but not more than 18 months.

It also includes ALL "collectibles gains and losses" (as defined on page D-4).

AS PREVIOUSLY FILED

SCHEDULE D (Form 1040)

Department of the Treasury Internal Revenue Service (99)

# Capital Gains and Losses

➤ Attach to Form 1040. ➤ See Instructions for Schedule D (Form 1040).

➤ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074

1997

Attachment Sequence No. 12

Name(s) shown on Form 1040: ABEN E. JOHNSON & JOAN G. JOHNSON

Your social security number: 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

## Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Line | Description | | (d) | (f) |
|---|---|---|---|---|
| 2 | Enter your short-term totals, if any, from Schedule D-1, line 2 | 2 | | |
| 3 | Total short-term sales price amounts. Add column (d) of lines 1 and 2 | 3 | | |
| 4 | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | 4 | | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 5 | | |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1996 Capital Loss Carryover Worksheet | 6 | | ( ) |
| 7 | Net short-term capital gain or (loss). Combine column (f) of lines 1 through 6 ➤ | 7 | | |

## Part II — Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) Gain or (loss) Subtract (e) from (d) | (g) 28% rate gain or (loss) * (see instr. below) |
|---|---|---|---|---|---|---|
| 8 US TREASURY NOTE 5.625% AUG 31 97 | 02/20/95 | 09/02/97 | 200,000 | 202,411 | (2,411) | |
| US TREASURY NOTE 6.500% AUG 15 97 | 07/29/96 | 08/15/97 | 1,000,000 | 1,007,817 | (7,817) | (7,817) |
| WXON-TV, INC. | 04/01/69 | 02/28/97 | 71,754,245 | 71,154,014 | 600,231 | 600,231 |
| WXON-TV, INC. | 04/01/69 | 02/28/97 | 71,754,246 | 71,154,015 | 600,231 | 600,231 |

| Line | Description | | (d) Sales price | (f) Gain or (loss) | (g) 28% rate gain or (loss) |
|---|---|---|---|---|---|
| 9 | Enter your long-term totals, if any, from Schedule D-1, line 9 | 9 | 3,457,645 | 833 | 833 |
| 10 | Total long-term sales price amounts. Add column (d) of lines 8 and 9 | 10 | 148,166,136 | | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | 11 | | 66,650 | 98,294 |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | | 137,665,999 | 137,665,999 |
| 13 | Capital gain distributions. See page D-1 | 13 | | 47 | 047 |
| 14 | Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1996 Capital Loss Carryover Worksheet | 14 | | ( 114,435) | ( 114,435) |
| 15 | Combine column (g) of lines 8 through 14 | 15 | | | 138,843,383 |
| 16 | Net long-term capital gain or (loss). Combine column (f) of lines 8 through 14 ➤ Next: Go to Part III on the back. | 16 | | 138,809,328 | |

* 28% rate gain or loss includes all "collectibles gains and losses" (as defined on page D-6) and up to 50% of the eligible gain on qualified small business stock (see page D-4).

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule D (Form 1040) ~~1996~~ 1997

ISA STF FED2613F.1

AS AMENDED

(8)

## Part III Summary of Parts I and II

| | | | |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13<br>**Next:** Complete Form 1040 through line 38. Then, go to **Part IV** to figure your tax if:<br>• Both lines 16 and 17 are gains, **and**<br>• Form 1040, line 38, is more than zero. | 17 | 138,809,328 |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:<br>• The loss on line 17; or<br>• ($3,000) or, if married filing separately, ($1,500)<br>**Next:** Complete Form 1040 through line 36. Then, complete the **Capital Loss Carryover Worksheet** on page D-4 if:<br>• The loss on line 17 exceeds the loss on line 18, **or**<br>• Form 1040, line 36, is a loss. | 18 | ( ) |

## Part IV Tax Computation Using Maximum Capital Gains Rates

| | | | | | |
|---|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 38 | | | 19 | 76,362,143 |
| 20 | Enter the **smaller** of line 16 or line 17 | 20 | 138,809,328 | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | 138,809,328 | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 23 | 138,843,383 | | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero | 24 | 138,843,383 | | |
| 25 | Enter your unrecaptured section 1250 gain, if any (see page D-4) | 25 | | | |
| 26 | Add lines 24 and 25 | 26 | 138,843,383 | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | 76,362,143 |
| 29 | Enter the **smaller** of line 19 or $41,200 ($24,650 if single; $20,600 if married filing separately; $33,050 if head of household) | | | 29 | 41,200 |
| 30 | Enter the **smaller** of line 28 or line 29 | | | 30 | 41,200 |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | | | 31 | 0 |
| 32 | Enter the **larger** of line 30 or line 31 | | | 32 | 41,200 |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies ▶ | | | 33 | 6,187 |
| 34 | Enter the amount from line 29 | | | 34 | 41,200 |
| 35 | Enter the amount from line 28 | | | 35 | 76,362,143 |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- | | | 36 | 0 |
| 37 | Multiply line 36 by 10% (.10) ▶ | | | 37 | 0 |
| 38 | Enter the **smaller** of line 19 or line 27 | | | 38 | 0 |
| 39 | Enter the amount from line 36 | | | 39 | 0 |
| 40 | Subtract line 39 from line 38. If zero or less, enter -0- | | | 40 | 0 |
| 41 | Multiply line 40 by 20% (.20) ▶ | | | 41 | 0 |
| 42 | Enter the **smaller** of line 22 or line 25 | | | 42 | 0 |
| 43 | Add lines 22 and 32 | 43 | 138,850,528 | | |
| 44 | Enter the amount from line 19 | 44 | 76,362,143 | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | | | 45 | 62,488,385 |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- | | | 46 | 0 |
| 47 | Multiply line 46 by 25% (.25) ▶ | | | 47 | 0 |
| 48 | Enter the amount from line 19 | | | 48 | 76,362,143 |
| 49 | Add lines 32, 36, 40, and 46 | | | 49 | 41,200 |
| 50 | Subtract line 49 from line 48 | | | 50 | 76,320,943 |
| 51 | Multiply line 50 by 28% (.28) ▶ | | | 51 | 21,369,864 |
| 52 | Add lines 33, 37, 41, 47, and 51 | | | 52 | 21,376,051 |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | 31,842,852 |
| 54 | **Tax.** Enter the smaller of line 52 or line 53 here and on Form 1040, line 39 ▶ | | | 54 | 21,376,051 |

AS AMENDED

(19)

Schedule D-1 (Form 1040) 1997 Attachment Sequence No. 12A Page 2

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.

ABEN E. & JOAN G. JOHNSON

Your social security number 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

Part II Long-Term Capital Gains and Losses-Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5) | (e) Cost or other basis (see page D-4) | (f) GAIN or (LOSS) FOR ENTIRE YEAR. Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) *(see instr. below) |
|---|---|---|---|---|---|---|
| 8 WXON - TV, INC. | | | | | | |
| | 4/01/69 | 2/28/97 | 3,450,645 | 3,449,812 | 833 | 833 |
| HOMEMASTERS CORPORATION | | | | | | |
| | 4/07/94 | 12/31/97 | 3,500 | 3,500 | | |
| LANGARD CORPORATION | | | | | | |
| | 7/29/93 | 12/31/97 | 3,500 | 3,500 | | |
| 9 Totals. Combine columns (d), (f), and (g). Enter here and on Schedule D, line 9 ▶ 9 | | | 3,457,645 | | 833 | 833 |

*28% Rate Gain or Loss includes all gains and losses in Part II, column (f) from sales, exchanges, or conversions (including installment payments received) either:
- Before May 7, 1997, or
- After July 28, 1997, for assets held more than 1 year but not more than 18 months

also includes ALL "collectibles gains and losses" (as defined on page D-4)

AS AMENDED

(20)

**Aben E. and Joan G. Johnson**
**Social Security No.: 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**
**Attachment to Form 1040X**

Statement 1 - Explanation of changes to income, deductions and credits

Line 1 Col. B:

Net operating loss carryback to 1997 $67,965,437

Itemized deductions have increased because of the reduced 3% phase out as AGI was decreased by the amount of the carryback.

The taxpayers have previously filed amended individual income tax returns for 1997, 1998, 1999, 2000 and 2001 claiming the same theft loss (adjusted for costs incurred and changes in fair market value of the property, unique to each year). The 1997, 1998, 1999, 2000 and 2001 amended tax returns previously filed are currently in litigation to determine the proper year. In the event that the Internal Revenue Service determines that the loss is not deductible in either 1997, 1998, 1999, 2000 or 2001, the taxpayers have concluded that the loss is deductible in 2002.

The theft loss in 2002 resulted in the taxpayers generating a net operating loss of $67,965,437 available for carryback.

In the event that it is ultimately determined that 1997, 1998, 1999, 2000, or 2001 is the proper year of deduction for the theft loss and not 2002, this claim for refund should be discarded as the taxpayers do not claim that they are entitled to the amounts claimed in this claim in more than one year.

(91)

Form **8275** (Rev. May 2001) Department of the Treasury Internal Revenue Service

# Disclosure Statement

Do not use this form to disclose items or positions that are contrary to Treasury regulations. Instead, use Form 8275-R, Regulation Disclosure Statement.
See separate instructions.
➤ Attach to your tax return.

OMB No. 1545-0889
Attachment Sequence No. 92

Name(s) shown on return: ABEN JOHNSON JOAN JOHNSON
Identifying number shown on return: 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

**Part I** General Information (see instructions)

| | (a) Rev. Rul., Rev. Proc., etc. | (b) Item or Group of Items | (c) Detailed Description of Items | (d) Form or Schedule | (e) Line No. | (f) Amount |
|---|---|---|---|---|---|---|
| 1 | NONE | NOL | SEE STATEMENT BELOW | 1040X | 18 | 67,965,437 |
| 2 | | | | | | |
| 3 | | | | | | |

**Part II** Detailed Explanation (see instructions)

1 THIS CLAIM FOR REFUND IS BEING FILED FOR A NET OPERATING LOSS DEDUCTION WHICH WAS GENERATED ON A RECENTLY FILED AMENDED TAX RETURN FOR 2002 WHICH GENERATED THE NET OPERATING LOSS. THE NET OPERATING LOSS RESULTED FROM A
2 THEFT DEDUCTION THAT WAS CLAIMED ON THE 2002 AMENDED TAX RETURN. THE TAXPAYER IS CURRENTLY IN LITIGATION TO DETERMINE WHICH IS THE PROPER YEAR OF THE LOSS. THE TAXPAYER HAS PREVIOUSLY FILED AMENDED TAX RETURNS
3 CLAIMING THE SAME LOSS IN 1997, 1998, 1999, 2000 AND 2001. THE TAXPAYERS DO NOT CLAIM THAT THEY ARE ENTITLED TO ANY DUPLICATED DEDUCTIONS THAT APPEAR ON THE 1997, 1998 1999, 2000 AND 2001 AMENDED TAX RETURNS, BUT THEY DO CLAIM THAT THEY WERE

**Part III** Information About Pass-Through Entity. To be completed by partners, shareholders, beneficiaries, or residual interest holders.

Complete this part only if you are making adequate disclosure for a pass-through item.

Note: *A pass-through entity is a partnership, S corporation, estate, trust, regulated investment company (RIC), real estate investment trust (REIT), or real estate mortgage investment conduit (REMIC).*

1 Name, address, and ZIP code of pass-through entity

2 Identifying number of pass-through entity

3 Tax year of pass-through entity
to

4 Internal Revenue Service Center where the pass-through entity filed its return

For Paperwork Reduction Act Notice, see separate instructions.
ISA
STF FED8516F.1

Form 8275 (Rev. 5-2001)

(12)

Form 8275 (Rev. 5-2001) Page 2

**Part IV** Explanations *(continued from Parts I and/or II)*

ENTITLED TO THE THEFT LOSS DEDUCTION IN ONE OF THE YEARS.

THIS AMENDED TAX RETURN IS FILED UNDER THE PRESUMPTION THAT 2002 WAS THE PROPER YEAR TO DEDUCT THE TAXPAYERS' THEFT LOSS RESULTING IN A NET OPERATING LOSS CARRYBACK AVAILABLE FOR THIS RETURN.

IN THE EVENT THAT IT IS ULTIMATELY DETERMINED THAT ANOTHER YEAR WAS THE PROPER YEAR TO DEDUCT THE TAXPAYERS' THEFT LOSS THIS RETURN SHOULD BE DISCARDED.

(Form 1040)
Department of the Treasury Internal Revenue Service (99)
(Schedule B is on back)
▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040)
1997
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON
Your social security number: 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

| Section | Line | Description | | Amount | | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 33 [2] | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-2.) | 5 | State and local income taxes | 5 | 6,202,087 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 85,556 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ FLORIDA INTANGIBLES | 8 | 17,410 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 6,305,053 |
| Interest You Paid (See page A-2.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | 41,043 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | 150,891 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 191,934 |
| Gifts to Charity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-3 | 15 | 27,631 | | |
| If you made a gift and got a benefit for it, see page A-3. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. You MUST attach Form 8283 if over $500 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 27,631 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-4.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 9,211 | | |
| See page A-5 for expenses to deduct here.) | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ SAFE DEPOSIT BOX | 22 | 736 | | |
| | 23 | Add lines 20 through 22 | 23 | 9,947 | | |
| | 24 | Enter amount from Form 1040, line 33 [24] 148,441,551 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 2,968,831 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other-from list on page A-5. List type and amount ▶ | | | 27 | |
| Total Itemized Deductions | 28 | Is Form 1040, line 33, over $121,200 (over $60,600 if married filing separately)? * NO. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 35, the larger of this amount or your standard deduction. YES. Your deduction may be limited. See page A-5 for the amount to enter. ▶ | | | 28 | 2,025,007 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 1997

(24)

SCHEDULES A&B (Form 1040)
Department of the Treasury Internal Revenue Service (99)

Schedule A—Itemized Deductions (Schedule B is on back)
▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

1997
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON
Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 33 | 2 | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-2.) | 5 | State and local income taxes | 5 | 6,202,087 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 85,556 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ FLORIDA INTANGIBLES | 8 | 17,410 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 6,305,053 |
| Interest You Paid (See page A-2.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | 41,043 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | 150,891 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 191,934 |
| Gifts to Charity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-3 | 15 | 27,631 | | |
| If you made a gift and got a benefit for it, see page A-3. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. You MUST attach Form 8283 if over $500 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 27,631 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-4.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 9,211 | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ SAFE DEPOSIT BOX | 22 | 736 | | |
| | 23 | Add lines 20 through 22 | 23 | 9,947 | | |
| | 24 | Enter amount from Form 1040, line 33 | 24 | 148,441,551 | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 2,968,831 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other-from list on page A-5. List type and amount ▶ | | | 27 | |
| Total Itemized Deductions | 28 | Is Form 1040, line 33, over $121,200 (over $60,600 if married filing separately)? * NO. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 35, the larger of this amount or your standard deduction. YES. Your deduction may be limited. See page A-5 for the amount to enter. | | | 28 | 4,113,971 |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

* LIMITED BY AGI

Schedule A (Form 1040) 1997

(25)

AFTER CARRYBACK