ORIGINAL

FORM 2
COVER SHEET

RECEIVED
SEP 3 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
Aben E. Johnson, Jr. and Joan G. Johnson

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Patrick K. Rode

Firm Name: Wilson Rode PLLC

08-622 T

Post Office Box:

Street Address: 2250 Butterfield Drive, Suite 220

City-State-Zip: Troy, MI 48084

Telephone & Facsimile Numbers: 248-816-1000 / 248-816-1001

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 1 2

Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R E

See attached sheet for three-digit codes.

Amount Claimed: $ 20,511,251 or less (approx.)

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ ____________

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination: ____________

Related Cases:

Is this case directly related to any pending or previous case? ☒ Yes ☐ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.