ORIGINAL

FILED
SEP 3 2008
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ABEN E. JOHNSON and
JOAN G. JOHNSON,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 08-622 T

Judge ______________

## NOTICE OF DIRECTLY-RELATED CASE

Pursuant to Rule 40.2(a), R.Ct.Fed.Cl., Plaintiffs Aben E. Johnson and Joan G. Johnson give notice that there are two directly-related claims pending in the United States Court of Federal Claims entitled *Aben E. Johnson and Joan G. Johnson v. U.S.*, Case No. 01-428 T, *Aben E. Johnson and Joan G. Johnson v. U.S.*, Case No. 03-2803 T and *Aben E. Johnson and Joan G. Johnson v. U.S.*, Case No. 05-1265 T, pending before Judge Nancy B. Firestone. Those cases have been consolidated. They are actions between the same parties as this action and are based on a similar claim. In the first directly-related action, Plaintiffs are seeking a refund of income taxes paid on capital gains reported in 1994, which capital gains transactions Plaintiffs subsequently learned did not take place. In the second directly-related action, Plaintiffs are seeking a refund of income taxes paid in 1998 or, in the alternative, in 1997 due to a theft loss. In the third directly-related action, Plaintiffs are seeking a refund of income taxes paid in 1999 or, in the alternative, in 2000 or, in the alternative, in 2001 due to the same theft loss. The fraudulent conduct by Jack Hasson which gave rise to those claims is the same conduct which gives rise to the theft loss claims for

refund asserted here. This claim is being asserted, in part, in the alternative. The Plaintiffs do not claim they are entitled to an adjustment for the same amounts twice. If the Plaintiffs prevail in the prior directly-related actions, their theft loss deduction claim in this action will be reduced.

The Plaintiffs believe that the assignment of this action to the same judge as the earlier-filed case may conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

September 2, 2008

PATRICK K. RODE
Attorney of Record for Plaintiffs
Wilson Rode, PLLC
2250 Butterfield Drive, Suite 220
Troy, Michigan 48084
Telephone: (248) 816-1000
Fax: (248) 816-1001
prode@wilsonrode.com